# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35174

**Case Name** Elizabeth Hunter, et al v. USEDU, et al

**Counsel submitting this form** Paul Carlos Southwick

**Represented party/parties** Plaintiffs/Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff-appellants are 41 LGBTQ+ current and former students who are denied equal access to federally funded educational programs and anti-discrimination enforcement mechanisms by the U.S. Department of Education because of the religious exemption to Title IX and its implementing regulations, despite the government defendants' knowledge of, and active participation in, the widespread and severe harms suffered by these young students, harms which include being expelled, disciplined, harassed, coerced into undergoing conversion therapy practices, inability to report sexual assaults, and otherwise being discriminated against at taxpayer-funded educational institutions because of their sexual orientation and/or gender identity/expression.

Intervenor-Defendants desire to continue using billions of dollars of federal funds to operate, or for their members to operate, educational programs that discriminate against students on the basis of their sexual orientation and/or gender identity/expression, even though their educational programs cause severe and lasting harm to thousands of LGBTQ+ students on their campuses. Intervenor-Defendants seek continued immunity from federal civil rights laws on the basis of their sincerely held religious beliefs, an ask that the Supreme Court rejected in the context of racial discrimination in the Norwood and Bob Jones University cases.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7**     1     *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The Court below determined that plaintiff-appellants have standing to pursue their Equal Protection claims, and that the harms they suffer at the hands of the government defendants would be remedied by the relief they requested.

Nonetheless, the Court granted the government defendants' motion to dismiss all of plaintiff-appellants' claims, denied plaintiff-appellants' motion for preliminary injunction, and denied plaintiff-appellant's motion to amend, citing, inter alia, (1) lack of discriminatory motive to support a facial Equal Protection challenge to the religious exemption to Title IX, and free exercise concerns; (2) failure to plead an as-applied Equal Protection challenge, (3) failure to plead Substantive Due Process claims; (4) lack of standing for plaintiff-appellants' Administrative Procedure Act claims; (5) application of Lemon and Amos to deny plaintiff-appellants' Establishment Clause claims; and (5) futility of amendment of the complaint.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Several plaintiff-appellants have pending or active Title IX complaint investigations being evaluated or investigated by the U.S. Department of Education's Office of Civil Rights. However, many of the plaintiff-appellants' complaints have already been dismissed on the basis of the religious exemption to Title IX.

**Signature** s/ Paul Carlos Southwick     **Date** March 21, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                                *Rev. 09/01/22*

2