UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIZABETH HUNTER; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>ANDREW HARTZLER; et al.,<br><br>　　　　Appellants,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION and CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,<br><br>　　　　Defendants - Appellees,<br><br>WESTERN BAPTIST COLLEGE, DBA Corban University; et al.,<br><br>　　　　Intervenor-Defendants - Appellees. | No. 23-35174<br><br>D.C. No. 6:21-cv-00474-AA<br>U.S. District Court for Oregon, Eugene<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Robert S. Kaiser
Circuit Mediator

vs/mediation