**Appeal No. 23-35174**
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

ELIZABETH HUNTER, et al,
*Plaintiff-Appellants*,

v.

UNITED STATES DEPARTMENT
OF EDUCATION, et al,
*Defendant-Appellees*,

and

COUNCIL FOR CHRISTIAN COLLEGES
& UNIVERSITIES, et al,
*Defendant-Intervenors-Appellees,*

On Appeal from the United States District Court
for the District of Oregon, Portland
No. 6:21-cv-00474-AA
Hon. Ann Aiken

_____

**APPELLANTS EXCERPTS OF RECORD
TO OPENING BRIEF – INDEX VOLUME**
_____

**Paul Carlos Southwick (OSB 095141)**
**Paul Southwick Law, LLC**
8532 N. Ivanhoe St. #208
Portland, OR 97203
Phone: 503-806-9517
Email: paul@paulsouthwick.com

**Alletta Brenner (OSB 142844)**
**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209
Phone: 503-727-2076
Email: abrenner@perkinscoie.com

*Attorneys for Plaintiff-Appellants*

# INDEX TO EXCERPTS OF RECORD

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 15** | | | |
| Judgment | 01/12/2023 | 190 | ER 2 |
| Opinion and Order | 01/12/2023 | 189 | ER 3-42 |
| **Volume 2 of 15** | | | |
| Plaintiffs' Supplemental Brief of Newly Discovery Facts | 11/15/2022 | 178 | ER 44-57 |
| Plaintiffs' Motion and Memo in Support of Motion for Leave to File Second Amended Complaint and Exhibits A-LL | 03/04/2022 | 171 | ER 58-333 |
| **Volume 3 of 15** | | | |
| (*continued*) Plaintiffs' Motion and Memo in Support of Motion for Leave to File Second Amended Complaint and Exhibits A-LL | 03/04/2022 | 171 | ER 335-515 |
| First Amended Class Action Complaint and Exhibits A-LL | 03/04/2022 | 169 | ER 516-623 |
| **Volume 4 of 15** | | | |
| (*continued*) First Amended Class Action Complaint and Exhibits A-LL | 03/04/2022 | 169 | ER 625-851 |
| Plaintiffs' Closing Memorandum in Support of Their Motion for Preliminary Injunction | 12/06/2021 | 151 | ER 852-888 |
| **Volume 5 of 15** | | | |
| Transcript - Preliminary Injunction Hearing - Volume 1 | 11/04/2021 | 144 | ER 890-1147 |
| **Volume 6 of 15** | | | |
| Transcript - Preliminary Injunction Hearing - Volume 2 | 11/05/2021 | 145 | ER 1149-1410 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 7 of 15** | | | |
| Defendants-Intervenors' Joint Motion to Dismiss and Memorandum in Support | 11/02/2021 | 137 | ER 1412-1462 |
| Plaintiffs' Deposition Designation | 11/01/2021 | 133 | ER 1463-1536 |
| Amicus Curiae Brief of Oregon and 18 Other States in Support of Plaintiffs | 11/01/2021 | 132 | ER 1537-1558 |
| Declaration of Plaintiffs' Expert Witness Jonathan S. Coley, Ph.D. | 10/29/2021 | 127 | ER 1559-1592 |
| Declaration of Plaintiffs' Expert Witness Ilan H. Meyer, Ph.D. | 10/29/2021 | 126 | ER 1593-1656 |
| Declaration of Plaintiffs' Expert Witness Joshua R. Wolff, Ph.D. | 10/29/2021 | 125 | ER 1657-1697 |
| **Volume 8 of 15** | | | |
| Government Defendants' Exhibit List and Exhibits 1-21 | 10/29/2021 | 124 | ER 1699-1992 |
| **Volume 9 of 15** | | | |
| (*continued*)Government Defendants' Exhibit List and Exhibits 1-21 | 10/29/2021 | 124 | ER 1994-2138 |
| Government Defendants' Witness List | 10/29/2021 | 123 | ER 2139-2140 |
| Opinion and Order - Motion for TRO DKT. 44 | 08/30/2021 | 88 | ER 2141-2152 |
| **Volume 10 of 15** | | | |
| Declaration of Paul Carlos Southwick | 08/11/2021 | 60 | ER 2154-2437 |
| **Volume 11 of 15** | | | |
| (*continued*) Declaration of Paul Carlos Southwick | 08/11/2021 | 60 | ER 2439-2472 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Defendants' Motion to Dismiss | 08/09/2021 | 56 | ER 2473-2518 |
| **Volume 12 of 15** | | | |
| Declaration of Paul Carlos Southwick | 08/06/2021 | 50 | ER 2520-2817 |
| **Volume 13 of 15** | | | |
| Declaration of Josiah Robinson | 08/06/2021 | 49 | ER 2819-3109 |
| **Volume 14 of 15** | | | |
| (*continued*) Declaration of Josiah Robinson | 08/06/2021 | 49 | ER 3111-3409 |
| **Volume 15 of 15** | | | |
| Plaintiffs' Motion for TRO and Order to Show Cause why Preliminary Injunction should not Enter | 08/05/2021 | 44 | ER 3411-3454 |
| Notice of Appeal | 03/10/2023 | 191 | ER 3455-3460 |
| Amended Notice of Appeal | 03/13/2023 | 192 | ER 3461-3466 |
| District Court Docket | 08/16/2023 | | ER 3467-3505 |

3