**No. 23-35174**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

ELIZABETH HUNTER et al.,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF EDUCATION et al.,

*Defendants-Appellees,*

COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, et al.,

*Intervenor-Defendants-Appellees.*

On Appeal from the United States District Court for the District of
Oregon, Eugene Division (Hon. Ann Aiken), No. 6:21-cv-00474-AA

_____

**BRIEF OF AMICI CURIAE DR. RACHEL M. SCHMITZ, DR. MEREDITH
G. F. WORTHEN, DR. DAWNE MOON, AND FIVE MORE
SOCIOLOGISTS IN SUPPORT OF PLAINTIFFS-APPELLANTS AND
REVERSAL**

_____

Rebecca B. Cassady
Richardson Wang LLP
100 SW Main, Ste. 400
Portland, OR 97202
Telephone: (503) 546-4627
rebecca@richardsonwang.com

*Counsel for Amici Curiae Sociologists*

# TABLE OF CONTENTS

**Pages**

TABLE OF AUTHORITIES ................................................................... ii

INTEREST OF AMICI CURIAE AND AUTHORITY TO FILE ........................... 1

SUMMARY OF ARGUMENT .................................................................. 2

ARGUMENT ...................................................................................... 3

    I.    Affirming Resources and Supports are Vital for LGBTQ+ Students .... 3

        A.    Mental Health  Outcomes for LGBTQ+ Students Depend on the Availability of Affirming Supports ............................................ 3

        B.    The Ability to Engage in Open Interpersonal Relationships is Essential for Students Navigating the Coming Out Process ... 6

        C.    Academic Performance is Tied to Overall Well-Being .............. 7

    II.    Anti-LGBTQ+ Practices at Religious Colleges Impose Significant, Measurable Harm on LGBTQ+ Students ................................................. 9

        A.    Students Deprived of Adequate Supports Face Diminished Mental Health Outcomes .......................................................... 10

        B.    LGBTQ+ Students Risk Heightened Loneliness and Social Isolation in Hostile Campus Climates ..................................... 13

        C.    Anti-LGBTQ+ Practices Impact Academic Performance ........ 15

CONCLUSION ................................................................................... 17

APPENDIX A ..................................................................................... 18

CERTIFICATE OF COMPLIANCE ........................................................... 19

# TABLE OF AUTHORITIES

## Other Authorities

Cathy Kelleher, *Minority Stress and Health: Implications for Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Young People*, 22 COUNSELLING PSYCHOL. Q. 373 (2009)..........................................................9

Cindy A. Kilgo et al., *High-Impact for Whom? The Influence of Environment and Identity on Lesbian, Gay, Bisexual, and Queer College Students' Participation in High-Impact Practices*, 60 J. C. STUDENT DEV. 421 (2019)..
............................................................................................................................8

Cindy H. Liu et al., *The Prevalence and Predictors of Mental Health Diagnoses and Suicide among U.S. College Students: Implications for Addressing Disparities in Service Use*, 36 DEPRESSION & ANXIETY 8 (2019) ...............11

Donald W. Hinrichs & Pamela J. Rosenberg, *Attitudes Toward Gay, Lesbian, and Bisexual Persons Among Heterosexual Liberal Arts College Students*, 43 J. HOMOSEXUALITY 61 (2002)................................................................9

Douglas Bruce et al., *Minority Stress, Positive Identity Development, and Depressive Symptoms: Implications for Resilience Among Sexual Minority Male Youth*, 2 PSYCHOL. OF SEXUAL ORIENTATION & GENDER DIVERSITY 287 (2015)....................................................................................................4

Elizabeth A. McConnell et al., *Typologies of Social Support and Associations with Mental Health Outcomes Among LGBT Youth*, 2 LGBT HEALTH 55 (2015)......................................................................................................5

Gay, Lesbian & Straight Education Network, *2019 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools* (2020)..........................................................15

Ilan H. Meyer et al., *Minority Stress, Distress, & Suicide Attempts in Three Cohorts of Sexual Minority Adults: A U.S. Probability Sample*, 16 PLOS ONE e0246827 (2021)...................................................................................9

Jason Garvey & Susan Rankin*, The Influence of Campus Experiences on the Level of Outness Among Trans-Spectrum and Queer-Spectrum Students*, 62 J. HOMOSEXUALITY 374 (2015)..........................................................6

Jeremy Gibbs & Jeremy Goldbach, *Religious Conflict, Sexual Identity, and Suicidal Behaviors Among LGBT Young Adults*, 19 ARCHIVES OF SUICIDE RES. 472 (2015) ..........................................................................................12

John P. Salerno et al., *Changes in Mental Health and Well-being are Associated with Living Arrangements with Parents during COVID-19 among Sexual Minority Young Persons in the U.S.*, 10 PSYCHOL. SEXUAL ORIENTATION & GENDER DIVERSITY 150 (2023) ....................................................................14

Jonathan Scourfield et al., *Lesbian, Gay, Bisexual and Transgender Young People's Experiences of Distress: Resilience, Ambivalence and Self-Destructive Behaviour*, 16 HEALTH & SOC. CARE IN THE COMMUN. 329 (2008)..........................................................................................................4

Joshua R. Wolff et al., *Sexual Minority Students in Non-Affirming Religious Higher Education: Mental Health, Outness, and Identity*, 3 PSYCHOL. OF SEXUAL ORIENTATION & GENDER DIVERSITY 201 (2016)..............................8

Julie Nagoshi et al., *Gender Differences in Correlates of Homophobia and Transphobia*, 59 SEX ROLES 521 (2008) ........................................................9

Laura Baams et al., *Minority Stress and Mechanisms of Risk for Depression and Suicidal Ideation among Lesbian, Gay, and Bisexual Youth*, 51 DEV. PSYCHOL. 688 (2015) ......................................................................................14

Laura Wilson & Miriam Liss, *Belonging and Loneliness as Mechanisms in the Psychological Impact of Discrimination among Transgender College Students*, 20 J. LGBT YOUTH 705 (2023)........................................................13

Mark L. Hatzenbuehler, *The Social Environment and Suicide Attempts in Lesbian, Gay, and Bisexual Youth*, 127 PEDIATRICS 896 (2011) ...................................5

Mark L. Hatzenbuehler & Bruce G. Link, *Introduction to the Special Issue on Structural Stigma and Health*, 103 SOC. SCI. & MED. 1 (2014).....................9

Mark L. Hatzenbuehler et al., *Stigma as a Fundamental Cause of Population Health Inequalities,* 103 AM. J. PUB. HEALTH 813 (2013) ..............................9

Meredith G. F. Worthen et al., *The Roles of Politics, Feminism, and Religion in Attitudes toward LGBT Individuals: A Cross-Cultural Study of College Students in the USA, Italy, and Spain*, 14 SEXUALITY RES. & SOC. POLICY 241 (2017)..........................................................................................................10

Meredith G. F. Worthen, *"Gay Equals White"? Racial, Ethnic, and Sexual Identities and Attitudes toward LGBT Individuals among College Students at a Bible Belt University*, 55 J. SEX RES. 995 (2017).......................................10

Meredith G. F. Worthen, *Blaming the Jocks and the Greeks?: Exploring Collegiate Athletes' and Fraternity/Sorority Members' Attitudes toward LGBT Individuals*, 55 J. COLLEGE STUDENT DEV. 168 (2014) ................................10

Meredith G. F. Worthen, *Heterosexual College Student Sexual Experiences, Feminist Identity, and Attitudes toward LGBT Individuals*, 9 J. LGBT YOUTH 77 (2012) ...........................................................................................10

MEREDITH G. F. WORTHEN, QUEERS, BIS, AND STRAIGHT LIES: AN INTERSECTIONAL EXAMINATION OF LGBTQ STIGMA (2020) ...................................................10

Michael Woodford et al., *"That's so gay!": Examining the Covariates of Hearing this Expression among Gay, Lesbian, and Bisexual College Students*, 60 J. AM. C. HEALTH 429 (2012) .................................................................15

Nathan D. Doty et al., *Sexuality Related Social Support Among Lesbian, Gay, and Bisexual Youth*, 39 J. YOUTH & ADOLESCENCE 1134 (2010) ........................7

Nicholas C. Heck et al., *Offsetting Risks: High School Gay-Straight Alliances and Lesbian, Gay, Bisexual, and Transgender (LGBT) Youth*, 26 SCH. PSYCHOL. Q. 161 (2011)......................................................................................5, 8

Nicole Mathies et al., *Hearing "That's So Gay" and "No Homo" on Academic Outcomes for LGBQ+ College Students*, 16 J. LGBT YOUTH 255 (2019) ...16

Patrick G. Love, *Cultural Barriers Facing Lesbian, Gay, and Bisexual Students at a Catholic College*, 69 J. HIGHER ED. 298 (1998).......................................14

Paul Gorczynski & Fabio Fasoli, *Loneliness in Sexual Minority and Heterosexual Individuals: A Comparative Meta-Analysis*, 26 J. GAY & LESBIAN MENTAL HEALTH 112 (2022)..................................................................................13

Rachel M. Schmitz & Kimberly A. Tyler, *"Life Has Actually Become More Clear": An Examination of Resilience among LGBTQ Young Adults*, 22 SEXUALITIES 710 (2019) ............................................................................7

Rachel M. Schmitz & Kimberly A. Tyler, *Contextual Constraints and Choices: Strategic Identity Management Among LGBTQ Youth*, 15 J. LGBT YOUTH 212 (2018)..............................................................................................6

Rachel M. Schmitz & Kimberly A. Tyler, *LGBTQ+ Young Adults on the Street and on Campus: Identity as a Product of Social Context*, 65 J. HOMOSEXUALITY 197 (2018).............................................................................8

Rachel M. Schmitz et al., *Intersectional Family Systems Approach: LGBTQ+ Latino/a Youth, Family Dynamics, and Stressors*, 69 FAM. RELATIONS 832 (2020).......................................................................................................12

Rachel M. Schmitz et al., *LGBTQ+ Latino/a Young People's Interpretations of Stigma and Mental Health: An Intersectional Minority Stress Perspective*, 10 SOC'Y & MENTAL HEALTH 163 (2020)......................................................12

Riley McDanal et al., *Loneliness in Gender-Diverse and Sexual Orientation–Diverse Adolescents: Measurement Invariance Analyses and Between-Group Comparisons*, 30 ASSESSMENT 706 (2023)........................................13

Susan Rankin et al., *A Retrospective of LGBT Issues on US College Campuses: 1990–2020*, 34 INT'L SOC. 435 (2019) ..........................................11

TYLER CLEMENTI FOUNDATION ET AL., QUEER-SPECTRUM AND TRANS-SPECTRUM STUDENT EXPERIENCES IN AMERICAN HIGHER EDUCATION: THE ANALYSES OF NATIONAL SURVEY FINDINGS (Rutgers University 2018) ............................11

V. Paul Poteat et al., *Promoting Youth Agency through Dimensions of Gay–Straight Alliance Involvement and Conditions that Maximize Associations*, 45 J. YOUTH ADOLESCENCE 1438 (2016). .......................................4

Vasanti Jadva et al., *Predictors of Self-Harm and Suicide in LGBT Youth: The Role of Gender, Socio-Economic Status, Bullying and School Experience*, 45 J. PUB. HEALTH 102 (2023) .................................................................5

Vincent Sarna et al., *The Importance of Mentors and Mentoring Programs for LGBT+ Undergraduate Students*, 39 C. STUDENT AFF. J. 180 (2021)..........14

Wesley Myers et al., *The Victimization of LGBTQ Students at School: A Meta-Analysis*, 19 J. SCH. VIOLENCE 421 (2020)....................................15

**INTEREST OF AMICI CURIAE AND AUTHORITY TO FILE**

Amici are professors of sociology[1] who teach, study, and research topics pertaining to sexual orientation and gender identity, including issues pertinent to lesbian, gay, bisexual, transgender, and queer/questioning ("LGBTQ+") people. Amici submit this brief to inform the Court of the academic consensus regarding the empirical harm that disparate treatment by religious colleges and universities inflicts on LGBTQ+ students nationwide. In presenting the current state of sociological research, amici seek to emphasize the importance of the issues that this appeal raises with respect to the continued allowance of discriminatory practices by taxpayer-funded colleges, to the clear detriment of LGBTQ+ students.

Amici have authority to file this brief because all parties have consented to its filing. Counsel for amici further certifies that: (1) no party's counsel authored this brief in whole or in part; (2) no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and (3) no person—other than the amici or their counsel—contributed money that was intended to fund preparing or submitting this brief.

---

[1] Amici are individually identified in Appendix A.

1

## SUMMARY OF ARGUMENT

The issues under consideration before this Court implicate the health, well-being, and success of young LGBTQ+ persons across this nation. The number of LGBTQ+ people in the United States is growing, and this number is highest among young people between the ages of 18 and 30, who are in a pivotal developmental period of emerging adulthood. The ability to access sources of support, especially during college, is a critical means of alleviating the mental and emotional burden that young LGBTQ+ adults must manage while also attempting to navigate important developmental milestones.

Sociological research is in consensus that the anti-LGBTQ+ practices applied by religious colleges, and endorsed by the U.S. Department of Education, create an exceedingly hostile learning environment for LGBTQ+ students. The resulting harm is measurable and significant, with studies showing that LGBTQ+ students face increased risks of physical, mental, and emotional ailments when discriminatory practices are allowed to persist on college campuses. The notion that anti-LGBTQ+ religious beliefs can serve as a valid justification for the continued marginalization of LGBTQ+ students at publicly funded colleges must be rejected, or else LGBTQ+ students will continue to face heightened barriers and negative outcomes in their efforts to pursue a higher education. Amici urge reversal of the district court's decision so that this important case may proceed.

# ARGUMENT

## I. Affirming Resources and Supports are Vital for LGBTQ+ Students.

Sociological research unequivocally demonstrates that the well-being of LGBTQ+ college students depends heavily on their ability to access resources and supports that affirm their lesbian, gay, bisexual, transgender, or queer/questioning identities. Many college students are in a period of young adulthood marked by major life changes, including the transition into a new state of independence. During this formative period, students look for acceptance within their social environments as they develop into adulthood and pursue education, careers, and family formation. LGBTQ+ students in particular face significant minority stress stemming from the societal marginalization of their gender and/or sexual identities. Affirming supports at colleges and universities are a vital means of mitigating this stress and its negative impacts on LGBTQ+ students in terms of mental health outcomes, interpersonal relationships, and academic performance.

### A. Mental Health Outcomes for LGBTQ+ Students Depend on the Availability of Affirming Supports.

LGBTQ+ students face unique obstacles because of their gender and sexual identity. Establishing resilience, or the ability to overcome life challenges, is

critical for LGBTQ+ students as they attempt to counteract the damaging effects of minority stress stemming from anti-LGBTQ+ prejudice and discrimination.[2]

For younger LGBTQ+ adults, resiliency is often developed through a wide network of supportive resources, including positive, identity-affirming social relationships. These types of social supports are instrumental from a mental health standpoint, as research shows that higher perceived social support among young LGBTQ+ adults leads to increased positive identity development and, ultimately, improved mental health outcomes, including reduced depression symptoms.[3] Additionally, young LGBTQ+ adults transitioning from high school to college who reported having more social support in their lives expressed an enhanced sense of agency and control over their lives, factors which are integral to a successful transition into adulthood.[4] In examining the different types of support that younger LGBTQ+ people may have, researchers also find that having more types of social

---

[2] Jonathan Scourfield et al., *Lesbian, Gay, Bisexual and Transgender Young People's Experiences of Distress: Resilience, Ambivalence and Self-Destructive Behaviour*, 16 HEALTH & SOC. CARE IN THE COMMUN. 329, 329-36 (2008).
[3] Douglas Bruce et al., *Minority Stress, Positive Identity Development, and Depressive Symptoms: Implications for Resilience Among Sexual Minority Male Youth,* 2 PSYCHOL. OF SEXUAL ORIENTATION & GENDER DIVERSITY 287, 291-93 (2015).
[4] *See* V. Paul Poteat et al., *Promoting Youth Agency through Dimensions of Gay–Straight Alliance Involvement and Conditions that Maximize Associations*, 45 J. YOUTH ADOLESCENCE 1438 (2016) (examining levels of agency reported by sexual minority youth in varying climates).

supports (e.g., family, peers, significant others) can result in better mental health outcomes, including reduced rates of depression and anxiety.[5]

LGBTQ+-affirming policies that encourage structural social support have been shown to counteract cultural stigma and significantly decrease suicidality rates among LGBTQ+ students.[6] For instance, involvement in an LGBTQ+ student group in high school greatly reduced LGBTQ+ students' risk for both alcohol use and psychological distress.[7] More recently, researchers found that LGBTQ+ young people who reported positive school experiences reported fewer adverse mental health issues like self-harm and suicidality.[8] These studies indicate that mental health outcomes for LGBTQ+ students are drastically improved by the presence of affirming supports and resources at colleges and universities.

---

[5] Elizabeth A. McConnell et al., *Typologies of Social Support and Associations with Mental Health Outcomes Among LGBT Youth*, 2 LGBT HEALTH 55, 57-59 (2015).

[6] *See, e.g.*, Mark L. Hatzenbuehler, *The Social Environment and Suicide Attempts in Lesbian, Gay, and Bisexual Youth*, 127 PEDIATRICS 896, 899-900 (2011) (confirming association between social environment and suicide attempts among lesbian, gay, and bisexual youth).

[7] Nicholas C. Heck et al., *Offsetting Risks: High School Gay-Straight Alliances and Lesbian, Gay, Bisexual, and Transgender (LGBT) Youth*, 26 SCH. PSYCHOL. Q. 161, 167-70 (2011).

[8] Vasanti Jadva et al., *Predictors of Self-Harm and Suicide in LGBT Youth: The Role of Gender, Socio-Economic Status, Bullying and School Experience*, 45 J. PUB. HEALTH 102, 106-07 (2023).

**B.     The Ability to Engage in Open Interpersonal Relationships is Essential for Students Navigating the Coming Out Process.**

The "coming out" process for young LGBTQ+ adults, especially during college, is dynamic and multifaceted, often involving careful thought and consideration on what environments and people will be safe or accepting. Indeed, the process of coming out is just that—a process which typically involves multiple layers of disclosure and strategic decisions, largely shaped by prior perceptions of experiencing prejudice or discrimination in various social environments. The process of coming out is rarely, if ever, binary.

Non-supportive environments tend to pressure LGBTQ+ people to remain "closeted" (i.e., hide their LGBTQ+ identities) and inhibit their ability to seek out affirming supports and resources.[9] The complexity of managing one's LGBTQ+ identity through concealment and disclosure, especially during the formative period of young adulthood, operates across a spectrum that typically demands significant cognitive labor and results in added stress.[10]

---

[9] Jason Garvey & Susan Rankin*, The Influence of Campus Experiences on the Level of Outness Among Trans-Spectrum and Queer-Spectrum Students*, 62 J. HOMOSEXUALITY 374, 379 (2015).
[10] Rachel M. Schmitz & Kimberly A. Tyler, *Contextual Constraints and Choices: Strategic Identity Management Among LGBTQ Youth*, 15 J. LGBT YOUTH 212, 216-17 (2018).

In contrast, affirming and open college environments empower LGBTQ+ students seeking to enact agency within their identity. For instance, young LGBTQ+ adults who feel comfortable sharing their identity with others, and particularly with their fellow members of the LGBTQ+ community, are able to establish deeper, more meaningful social relationships, but only when they perceive their community as one that is accepting and supportive.[11] Indeed, a young person's level of openness regarding their identity as a sexual and/or gender minority can shape their exposure to vital social supports, particularly as research has shown that LGBTQ+ friends provide the greatest identity-based support to LGBTQ+ youth, which in turn is linked to lower emotional stress.[12]

## C. Academic Performance is Tied to Overall Well-Being.

A young person's academic performance and experience is intricately tied to their mental and emotional well-being. For LGBTQ+ students, affirming resources and supports (such as anti-discrimination policies and student advocacy organizations) promote well-being through positive identity development and

---

[11] Rachel M. Schmitz & Kimberly A. Tyler, *"Life Has Actually Become More Clear": An Examination of Resilience among LGBTQ Young Adults*, 22 SEXUALITIES 710, 716-17 (2019).

[12] Nathan D. Doty et al., *Sexuality Related Social Support Among Lesbian, Gay, and Bisexual Youth*, 39 J. YOUTH & ADOLESCENCE 1134, 1142-43 (2010).

feelings of social belonging.[13] Research shows, for example, that involvement in high school LGBTQ+ organizations promoted a higher sense of connection to the school environment for college students, which has proven essential in terms of overall academic success.[14] This pattern holds at the college level, as college students involved with an LGBTQ+ club or organization at a religious college or university feel more positive about their LGBTQ+ and religious identities.[15] Likewise, opportunities to engage in impactful academic endeavors, like undergraduate research and faculty mentorship, along with perceiving social acceptance, can positively develop LGBTQ+ college students' academic potential.[16] Sociological studies confirm, then, that the presence of affirming resources serves to support and enhance the well-being and ultimately, the academic performance of LGBTQ+ students.

---

[13] Rachel M. Schmitz & Kimberly A. Tyler, *LGBTQ+ Young Adults on the Street and on Campus: Identity as a Product of Social Context*, 65 J. HOMOSEXUALITY 197, 220-21 (2018).

[14] Nicholas Heck et al., *supra* note 7 at 169.

[15] Joshua R. Wolff et al., *Sexual Minority Students in Non-Affirming Religious Higher Education: Mental Health, Outness, and Identity*, 3 PSYCHOL. OF SEXUAL ORIENTATION & GENDER DIVERSITY 201, 208-09 (2016).

[16] Cindy A. Kilgo et al., *High-Impact for Whom? The Influence of Environment and Identity on Lesbian, Gay, Bisexual, and Queer College Students' Participation in High-Impact Practices*, 60 J. C. STUDENT DEV. 421, 432-33 (2019).

II.     **Anti-LGBTQ+ Practices at Religious Colleges Impose Significant, Measurable Harm on LGBTQ+ Students.**

Young LGBTQ+ adults routinely encounter and confront prejudice and discrimination stemming from anti-LGBTQ+ institutional policies and practices, sociologically termed "structural stigma," or "societal-level conditions, cultural norms, and institutional practices that constrain the opportunities, resources, and well-being for stigmatized populations."[17] Chronic life events and self-concepts shaped by enduring anti-LGBTQ structural stigma combine to persistently impact LGBTQ+ young adults' experiences of minority stress and resultant adverse mental health outcomes.[18]

Religious ideologies often lie at the core of anti-LGBTQ+ attitudes, as studies spanning decades of scholarly work show that higher levels of religiosity are significantly related to increased negativity toward LGBTQ+ people.[19] This is

---

[17] Mark L. Hatzenbuehler & Bruce G. Link, *Introduction to the Special Issue on Structural Stigma and Health*, 103 SOC. SCI. & MED. 1, 2 (2014); *see also* Mark L. Hatzenbuehler et al., *Stigma as a Fundamental Cause of Population Health Inequalities,* 103 AM. J. PUB. HEALTH 813, 819 (2013).

[18] Cathy Kelleher, *Minority Stress and Health: Implications for Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Young People*, 22 COUNSELLING PSYCHOL. Q. 373, 375-78 (2009); Ilan H. Meyer et al., *Minority Stress, Distress, & Suicide Attempts in Three Cohorts of Sexual Minority Adults: A U.S. Probability Sample*, 16 PLOS ONE e0246827 (2021).

[19] Donald W. Hinrichs & Pamela J. Rosenberg, *Attitudes Toward Gay, Lesbian, and Bisexual Persons Among Heterosexual Liberal Arts College Students*, 43 J. HOMOSEXUALITY 61 (2002); Julie Nagoshi et al., *Gender Differences in*

evidenced across large-scale national research *(e.g.,* Pew Research Center and Gallup polls) and via smaller-scale studies of college students.[20] Such research suggests that religious colleges are particularly harmful settings for LGBTQ+ students, who may have no choice but to attend a religious-affiliated college. Although religion is frequently invoked to justify the negative treatment of LGBTQ+ students, such justifications do not and cannot mitigate the empirical harm that such students face as a result of disparate treatment.

### A. Students Deprived of Adequate Supports Face Diminished Mental Health Outcomes.

LGBTQ+ students who are subjected to discriminatory policies and practices in higher education risk diminished mental health outcomes as a result. As discussed above, the college or university setting is a uniquely formative

---

*Correlates of Homophobia and Transphobia*, 59 SEX ROLES 521 (2008); *see generally* MEREDITH G. F. WORTHEN, QUEERS, BIS, AND STRAIGHT LIES: AN INTERSECTIONAL EXAMINATION OF LGBTQ STIGMA (2020).

[20] Meredith G. F. Worthen, "*Gay Equals White"? Racial, Ethnic, and Sexual Identities and Attitudes toward LGBT Individuals among College Students at a Bible Belt University*, 55 J. SEX RES. 995, 1005 (2017); Meredith G. F. Worthen et al., *The Roles of Politics, Feminism, and Religion in Attitudes toward LGBT Individuals: A Cross-Cultural Study of College Students in the USA, Italy, and Spain*, 14 SEXUALITY RES. & SOC. POLICY 241, 249 (2017); Meredith G. F. Worthen, *Blaming the Jocks and the Greeks?: Exploring Collegiate Athletes' and Fraternity/Sorority Members' Attitudes toward LGBT Individuals*, 55 J. COLLEGE STUDENT DEV. 168, 188 (2014); Meredith G. F. Worthen, *Heterosexual College Student Sexual Experiences, Feminist Identity, and Attitudes toward LGBT Individuals*, 9 J. LGBT YOUTH 77, 94 (2012).

environment for all students. However, campus climates can be experienced in highly disparate ways, with LGBTQ+ students reporting lower scores of feeling safe, respected, and valued on their campuses compared to non-LGBTQ+ students.[21] Further, 23.5% of LGBTQ+ students in this same survey had seriously considered suicide within the last 12 months compared to only 8.2% of non-LGBTQ+ students.[22] The period of attending college for young adults can be a highly vulnerable time of exposure to mental health challenges for all students, but linkages between stress and suicidality have been shown to be even greater for bisexual and transgender students in the same dataset.[23] This pattern of worse outcomes for LGBTQ+ college students is widely documented, with researchers identifying that LGBTQ+ students consistently report worse well-being (e.g., higher depression, more isolation, more stress that impacted academic performance, greater discrimination) than non-LGBTQ+ students across seven different national surveys conducted since 1990.[24]

---

[21] TYLER CLEMENTI FOUNDATION ET AL., QUEER-SPECTRUM AND TRANS-SPECTRUM STUDENT EXPERIENCES IN AMERICAN HIGHER EDUCATION: THE ANALYSES OF NATIONAL SURVEY FINDINGS (Rutgers University 2018) at 13-15.

[22] *Id*. at 23.

[23] Cindy H. Liu et al., *The Prevalence and Predictors of Mental Health Diagnoses and Suicide among U.S. College Students: Implications for Addressing Disparities in Service Use*, 36 DEPRESSION & ANXIETY 8, 12 (2019).

[24] Susan Rankin et al., *A Retrospective of LGBT Issues on US College Campuses: 1990–2020*, 34 INT'L SOC. 435, 447 (2019).

Many LGBTQ+ students must simultaneously navigate discriminatory attitudes within their institutional religion and family networks in addition to their university or college network. These added challenges can increase mental health stressors (like depression and anxiety) for LGBTQ+ students even further: for example, researchers found that conflict between an LGBTQ+ young adult's identity and their own religious beliefs can lead to internalized homophobia as well as higher rates of suicidal thoughts.[25] In the absence of affirming resources and groups, LGBTQ+ students are deprived of the opportunity to effectively cope with harmful mental health stressors stemming from religious, institutional, and family-based rejection.[26]

---

[25] Jeremy Gibbs & Jeremy Goldbach, *Religious Conflict, Sexual Identity, and Suicidal Behaviors Among LGBT Young Adults*, 19 ARCHIVES OF SUICIDE RES. 472, 483 (2015).

[26] *See, e.g.,* Rachel M. Schmitz et al., *LGBTQ+ Latino/a Young People's Interpretations of Stigma and Mental Health: An Intersectional Minority Stress Perspective*, 10 SOC'Y & MENTAL HEALTH 163 (2020) (assessing how perceived structural stigma can shape mental health inequalities among LGBTQ+ young people of color); Rachel M. Schmitz et al., *Intersectional Family Systems Approach: LGBTQ+ Latino/a Youth, Family Dynamics, and Stressors*, 69 FAM. RELATIONS 832 (2020) (examining the ways in which LGBTQ+ youth of color experience and cope with stressors stemming from their marginalized identities).

**B.    LGBTQ+ Students Risk Heightened Loneliness and Social Isolation in Hostile Campus Climates.**

In general, LGBTQ+ people report elevated levels of social isolation and loneliness compared to non-LGBTQ+ people.[27] Meanwhile, younger LGBTQ+ adults exhibit elevated levels of loneliness compared to their non-LGBTQ+ counterparts, with transgender and gender nonconforming youth reporting the greatest feelings of loneliness and depression.[28] These statistics suggest that the college setting is an especially critical venue for LGBTQ+ students to develop positive interpersonal relationships to counter feelings of social isolation, loneliness, and depression.

Patterns of LGBTQ+ college students struggling to establish supportive interpersonal friendships in uncertain, unsupportive campus environments is well-established, with research showing that LGBTQ+ students often faced obstacles

---

[27] Paul Gorczynski & Fabio Fasoli, *Loneliness in Sexual Minority and Heterosexual Individuals: A Comparative Meta-Analysis*, 26 J. Gay & Lesbian Mental Health 112, 120 (2022).

[28] Riley McDanal et al., *Loneliness in Gender-Diverse and Sexual Orientation–Diverse Adolescents: Measurement Invariance Analyses and Between-Group Comparisons*, 30 Assessment 706, 720 (2023); Laura Wilson & Miriam Liss, *Belonging and Loneliness as Mechanisms in the Psychological Impact of Discrimination among Transgender College Students*, 20 J. LGBT Youth 705, 714-15 (2023).

making any friends in religious settings due to fear of rejection.[29] LGBTQ+ students may also struggle with identifying a positive LGBTQ+ role model or mentor when navigating a campus climate that is strongly influenced by anti-LGBTQ+ policies and practices.[30]

Constrained feelings of acceptance within interpersonal relationships among LGBTQ+ youth tend to diminish their overall well-being. One study found that LGBTQ+ youth who felt particularly burdensome because of their gender and/or sexual identity had a significantly higher likelihood of depression and suicidality.[31] The COVID-19 pandemic highlighted additional interpersonal well-being disparities, with LGBTQ+ young people who returned home to live with their parents at the height of the pandemic reporting increased psychological distress, including depression and hopelessness, compared to non-LGBTQ+ young adults.[32] These disparities serve to reinforce not only the importance that open and honest

---

[29] Patrick G. Love, *Cultural Barriers Facing Lesbian, Gay, and Bisexual Students at a Catholic College*, 69 J. HIGHER ED. 298, 313-14 (1998).

[30] Vincent Sarna et al., *The Importance of Mentors and Mentoring Programs for LGBT+ Undergraduate Students*, 39 C. STUDENT AFF. J. 180, 193-95 (2021).

[31] Laura Baams et al., *Minority Stress and Mechanisms of Risk for Depression and Suicidal Ideation among Lesbian, Gay, and Bisexual Youth*, 51 DEV. PSYCHOL. 688, 693-94 (2015).

[32] John P. Salerno et al., *Changes in Mental Health and Well-Being are Associated with Living Arrangements with Parents during COVID-19 Among Sexual Minority Young Persons in the U.S.*, 10 PSYCHOL. SEXUAL ORIENTATION & GENDER DIVERSITY 150, 154 (2023).

interpersonal relationships serve for LGBTQ+ students, but also the degree of suffering that is experienced when the ability to access peer support is denied.

### C. Anti-LGBTQ+ Practices Impact Academic Performance.

Sociological research shows that LGBTQ+ students consistently face disproportionate mental and physical health risks in school climates compared to non-LGBTQ+ students, which adversely impacts academic success.[33] A recent study found that a large proportion of LGBTQ+ students regularly experienced feeling unsafe (68.9%), hearing the term "gay" used as a slur (75.6%), and being verbally harassed (81%).[34] Meanwhile, a large number of college students also experience anti-LGBTQ+ rhetoric through social microaggressions from peers and even instructors in the form of everyday derogatory slights; these can have a significant cumulative and adverse impact on mental and even physical well-being, with LGBTQ+ college students reporting frequent headaches and stomach problems in response to such slights.[35] Separately, in a national sample of sexual minority college students, researchers found that increased exposure to

---

[33] Wesley Myers et al., *The Victimization of LGBTQ Students at School: A Meta-Analysis*, 19 J. SCH. VIOLENCE 421, 429-30 (2020).

[34] Gay, Lesbian & Straight Education Network, *2019 National School Climate Survey: The Experiences of Lesbian, Gay, Bisexual, Transgender, and Queer Youth in Our Nation's Schools* (2020) at 16, 22, and 28.

[35] Michael Woodford et al., *"That's so gay!": Examining the Covariates of Hearing this Expression among Gay, Lesbian, and Bisexual College Students*, 60 J. AM. C. HEALTH 429, 431-32 (2012).

microaggressions, such as the adage—"that's so gay"—was significantly correlated with worse academic outcomes for LGBTQ+ students.[36]

These findings demonstrate how anti-LGBTQ+ messaging at religious colleges—implemented and exacerbated by discriminatory policies and practices—imposes real and measurable harm on LGBTQ+ college students' ability to succeed academically. Because of this harm, a large number of LGBTQ+ students are essentially deprived of the opportunity to access higher education in the way that their non-LGBTQ+ peers are, a troubling reality that sociology research has consistently confirmed.

---

[36] Nicole Mathies et al., *Hearing "That's So Gay" and "No Homo" on Academic Outcomes for LGBQ+ College Students*, 16 J. LGBT YOUTH 255, 267-69 (2019).

## CONCLUSION

In support of Plaintiffs-Appellants, amici urge this Court to consider the above sociological research and the wellbeing of LGBTQ+ students across this nation in deciding the issues raised in this appeal.

Dated: <u>August 23, 2023</u>          Respectfully submitted,

RICHARDSON WANG LLP

<u> s/ Rebecca Cassady          </u>
Rebecca B. Cassady
100 SW Main, Ste. 400
Portland, OR 97204
Telephone: (503) 546-4627
rebecca@richardsonwang.com

*Counsel for Amici Curiae Sociologists*

## APPENDIX A

The views of the amici are solely their own and not those of the listed institutions. Academic affiliations are referenced solely for the purpose of identification. The individual amici are:

Rachel M. Schmitz, Ph.D.
　　Oklahoma State University

Meredith G. F. Worthen, Ph.D.
　　University of Oklahoma

Dawne Moon, Ph.D.
　　Marquette University

Orit Avishai, Ph.D.
　　Fordham University

Melinda D. Kane, Ph.D.
　　East Carolina University

Courtney Irby, Ph.D.
　　Illinois Wesleyan University

Philip Schwadel, Ph.D.
　　University of Nebraska—Lincoln

Emily Kazyak, Ph.D.
　　University of Nebraska—Lincoln

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s) 23-35174**

I am the attorney or self-represented party.

**This brief contains 4,730 words,** including _____ words manually

counted in any visual images, and excluding the items exempted by FRAP 32(f).

The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[ ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[X] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
    [ ] it is a joint brief submitted by separately represented parties.
    [ ] a party or parties are filing a single brief in response to multiple briefs.
    [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

Dated: August 23, 2023        By: s/ Rebecca Cassady
                                  Rebecca B. Cassady
                                  *Counsel for Amici Sociologists*