Case No.: 23-35174

---

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

ELIZABETH HUNTER, et al,
Plaintiff-Appellants,

v.

UNITED STATES DEPARTMENT OF EDUCATION, et al,
Defendants-Appellees,

and

COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES, et al,
Defendant-Intervenors-Appellees,

APPEAL FROM THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON, EUGENE
(6:21-cv-00747-AA)

---

**BRIEF OF *AMICUS CURIAE* HIGHER EDUCATION RESEARCHERS
IN SUPPORT OF APPELLANT**

FILED WITH CONSENT OF ALL PARTIES PURSUANT TO
FEDERAL RULE OF APPELLATE PROCEDURE 29(a)

---

Caitlin V. Mitchell, OSB #123964
cmitchell@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON, PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434   Fax: (541) 484-0882
*Counsel for Amici Curiae Higher Education Researchers*

i

**TABLE OF CONTENTS**

IDENTITY AND INTEREST OF *AMICUS CURIAE* ...............................................1

SUMMARY OF ARGUMENT ...................................................................................2

ARGUMENT ..............................................................................................................3

I.  The IDEALS Study. ........................................................................................4

II.  Queer and Trans Students Attend Non-Affirming Religious Universities Despite the Adversity they Face There. ..........................................................5

III.  Queer and Trans Students at Non-Affirming Religious Universities Experience a Hostile Campus Climate. ..........................................................8

    A.  QT Students at NARUs experienced a less welcoming environment....9

    B.  QT students at NARUs experienced more negative attitudes within the student body............................................................................................10

    C.  QT students at NARUs had more direct experiences with discrimination and hostility. ..................................................................12

    D.  QT students at NARUs experienced restriction on their freedom of speech and expression. ........................................................................13

IV.  QT Students at Non-Affirming Religious Universities have Diminished Student Involvement. .....................................................................................15

CONCLUSION .........................................................................................................19

# TABLE OF AUTHORITIES

## Other Authorities

Erich N. Pitcher et al., *Affirming policies, programs, and supportive services: Using an organizational perspective to understand LGBTQ+ college student success.*, 11 JOURNAL OF DIVERSITY IN HIGHER EDUCATION 117–132 (2018) ................................................................................................ .....16, 17

Ernest T. Pascarella & Patrick T. Terenzini, HOW COLLEGE AFFECTS STUDENTS: A THIRD DECADE OF RESEARCH (2005)....................................................................15

Jason C. Garvey & C. V. Dolan, *Queer and Trans College Student Success*, HIGHER EDUCATION: HANDBOOK OF THEORY AND RESEARCH 161–215 (2021) ....7

Jason C. Garvey & C. V. Dolan, *supra* n.12, at 5; Erich N. Pitcher & S. L. Simmons, *Connectivity, community, and kinship as strategies to foster queer and trans college student retention*, 21 JOURNAL OF COLLEGE STUDENT RETENTION: RESEARCH, THEORY & PRACTICE 476–496 (2020) ...............................................16

Jason C. Garvey et al., *Queer and trans\* students of color: Navigating identity disclosure and college contexts*, 90 THE JOURNAL OF HIGHER EDUCATION 150–178 (2018)..........................................................................................................16

Jason C. Garvey et al., *The impact of campus climate on queer-spectrum student academic success*, 15 JOURNAL OF LGBT YOUTH 89–105 (2018)....................8, 9

Jason C. Garvey, *Critical imperatives for studying queer and trans undergraduate student retention*, 21 JOURNAL OF COLLEGE STUDENT RETENTION: RESEARCH, THEORY & PRACTICE 431–454 (2020). ...............................................................16

Jason C. Garvey, Jason L. Taylor & Susan Rankin, *An examination of campus climate for LGBTQ Community College students*, 39 COMMUNITY COLLEGE JOURNAL OF RESEARCH AND PRACTICE 527–541 (2014) ........................................9

John P. Dugan, Michelle L. Kusel & Dawn M. Simounet, *Transgender College Students: An exploratory study of perceptions, engagement, and educational outcomes*, 53 JOURNAL OF COLLEGE STUDENT DEVELOPMENT 719–736 (2012); Kristie L. Seelman et al., *Student School engagement among sexual minority students: Understanding the contributors to predicting academic outcomes*, 38 JOURNAL OF SOCIAL SERVICE RESEARCH 3–17 (2012) ........................................15

Jonathan S. Coley, *Have Christian Colleges and universities become more inclusive of LGBTQ students since Obergefell v. Hodges?*, 11 RELIGIONS 1–13 (2020). ................................................................................3

Kristopher M. Goodrich, *Lived experiences of college-age transsexual individuals*, 15 JOURNAL OF COLLEGE COUNSELING 215–232 (2012); Anneliese A. Singh, Sarah Meng & Anthony Hansen, *"it's already hard enough being a student": Developing affirming college environments for Trans youth*, 10 JOURNAL OF LGBT YOUTH 208–223 (2013) ...........................................................17

Marilyn W. Lewis & Kirsten S. Ericksen, *Improving the climate for LGBTQ students at an historically Black University*, 13 JOURNAL OF LGBT YOUTH 249–269 (2016). ................................................................3

Mark A. Yarhouse et al., *Listening to sexual minorities on Christian College Campuses*, 37 JOURNAL OF PSYCHOLOGY AND THEOLOGY 96–113 (2009) ..........11

Matthew J. Mayhew et al., HOW COLLEGE AFFECTS STUDENTS: 21ST CENTURY EVIDENCE THAT HIGHER EDUCATION WORKS (2016) .............................................16

Michael R. Woodford et al., *LGBTQ policies and resources on campus and the experiences and psychological well-being of sexual minority college students: Advancing Research on Structural Inclusion.*, 5 PSYCHOLOGY OF SEXUAL ORIENTATION AND GENDER DIVERSITY 445–456 (2018) ......................................8

Shelley L. Craig et al., *Fighting for survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and Universities*, 29 JOURNAL OF GAY AND LESBIAN SOCIAL SERVICES 1–24 (2017). .3

Susan Rankin & Robert Reason, *Transformational tapestry model: A comprehensive approach to transforming campus climate.*, 1 JOURNAL OF DIVERSITY IN HIGHER EDUCATION 262–274 (2008) ...............................................8

Sylvia Hurtado et al., *A model for diverse learning environments*, HIGHER EDUCATION: HANDBOOK OF THEORY AND RESEARCH 41–122 (2012); Katie K. Koo, *Am I welcome here? campus climate and psychological well-being among students of color*, 58 JOURNAL OF STUDENT AFFAIRS RESEARCH AND PRACTICE 196–213 (2021).................................................................8

## IDENTITY AND INTEREST OF *AMICUS CURIAE*[1]

Amici are Professors and PhD students who conduct research in the field of higher education. Our names and institutional affiliations are listed at Appendix A. Collectively, we have decades of professional experience working in higher education across areas including academic advising, academic affairs, federal TRiO programs, fraternity and sorority life, institutional research and assessment, leadership development, queer and trans[2] (QT) student services, residential life, student government, and student life. We study a wide range of institutional types, including community colleges, minority-serving institutions, liberal arts colleges, religiously-affiliated institutions, and research universities. We have published more than 200 peer-reviewed journal articles, books, book chapters, and manuscripts concerning various aspects of higher education institutions, students, and employees. All amici share a commitment to advancing equity for QT students in education. Amici submit this brief to inform the Court of recent qualitative and

---

[1] Amici curiae certify that (1) all parties have consented to the filing of this brief; (2) this brief was authored entirely by amici and their counsel, and not by counsel for any legal party to this case, in whole or part; (3) no party or counsel for any party contributed money to fund preparing or submitting this brief; and (4) apart from amici curiae and their counsel, no other person contributed money to fund preparing or submitting this brief.

[2] We define queer and trans as broadly encompassing terms that include various minoritized sexual and/or gender identities, including but not limited to bisexual, gay, lesbian, nonbinary, queer, trans, and asexual.

quantitative research suggesting the damaging effects of religious exemptions to Title IX on QT students.

## SUMMARY OF ARGUMENT

Data from the recent Interfaith Diversity Experiences and Attitudes Longitudinal Survey (IDEALS), a national study of college students' experiences at religious and non-religious educational institutions, shows that QT students at Non-Affirming Religious Universities (NARUs) experience significantly worse campus climate and student engagement than their peers (when compared both to other NARU students, and to students of all sexual and gender identities attending non-NARU schools). They are subjected to an environment that is unwelcoming and stigmatizing; they contend with hostility and discrimination in their daily lives; and they experience restrictions on their speech and expression. These data show that the schools that invoke Title IX religious exemptions are the very institutions that most desperately need Title IX enforcement, as gender-based discrimination against QT students is the most extreme at these schools. Title IX exemptions allow (and encourage) a discriminatory, hostile environment to flourish, causing current and ongoing harm.

## ARGUMENT

Research shows that non-affirming religious campuses enact policies and engage in practices that are discriminatory towards QT students.[3] These schools routinely bar QT student groups from registering as official organizations; punish students for "performing homosexual acts"; and prohibit students from presenting in gender non-confirming ways, to name just a few examples.[4] Students are subject to conversion therapy when seeking help, as administrators and peers believe their QT identities are sinful.[5] Whereas at non-sectarian schools, issues of discrimination would be addressed and the harmed party would be supported, religious exemptions create an environment where harmful behaviors are coded as prayer, support, helping, and protecting.[6] Against this backdrop, data from the IDEALS study, understood within the context of published empirical research, show how QT students at these institutions are impacted on a daily basis by the toxic culture fostered by religious exemptions.

---

[3] Jonathan S. Coley, *Have Christian Colleges and universities become more inclusive of LGBTQ students since Obergefell v. Hodges?*, 11 RELIGIONS 1–13 (2020).

[4] Shelley L. Craig et al., *Fighting for survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and Universities*, 29 JOURNAL OF GAY AND LESBIAN SOCIAL SERVICES 1–24 (2017).

[5] Marilyn W. Lewis & Kirsten S. Ericksen, *Improving the climate for LGBTQ students at an historically Black University*, 13 JOURNAL OF LGBT YOUTH 249–269 (2016); Shelley L. Craig et al., *supra* n.4, at 2.

[6] *Id.*

## I. The IDEALS Study.

This brief is based on new data from the Interfaith Diversity Experiences and Attitudes Longitudinal Survey (IDEALS).[7] Thousands of students attending 122 colleges and universities (religiously-affiliated, private non-religious, and public) participated in three surveys across four years: at the beginning of their first year on campus (Time 1, Fall 2015), at the end of their first year (Time 2, Spring/Fall 2016), and at the end of their fourth year (Time 3, Spring 2019).

Among the 122 educational institutions included in the IDEALS study, 12 were Non-Affirming Religious Universities (NARUs), defined as campuses that: (1) Requested and received a religious exemption to Title IX related to gender identity and/or sexuality from the U.S. Department of Education; (2) Were among the institutions attended by plaintiffs in *Hunter v. U.S. Department of Education*; and/or (3) Are members of the Council for Christian Colleges and Universities, a non-affirming organization that states, "human beings, male and female, are created in the image of God to flourish in community, and, as to intimate sexual relations, they are intended for persons in a marriage between one man and one woman." A total of 883 Time 1 IDEALS respondents, 40 of whom identified as

---

[7] The Interfaith Diversity Experiences and Attitudes Longitudinal Survey (IDEALS) explores how educational experiences shape college students' capacity to engage empathically across religious, secular, and spiritual differences. *See* https://www.interfaithamerica.org/research/ideals/ for more information.

queer and/or trans (QT) in their first or fourth years of college, attended the 12 NARU institutions.[8] Amici were therefore able to use IDEALS data to examine the experiences of QT students at NARUs, both in relation to their non-QT classmates, and in relation to students of all gender identities and sexualities at other schools.

## II. Queer and Trans Students Attend Non-Affirming Religious Universities Despite the Adversity they Face There.

As a preliminary matter, data from IDEALS show that QT students attend Non-Affirming Religious Universities. Most of these students, however, did not disclose being QT when they began their freshman year. When the IDEALS cohort was first surveyed in Fall 2015, only 0.2% of students attending NARUs said they had a gender identity other than female or male,[9] and fewer than 4% of NARU students reported having a queer identity. A substantial portion of the students surveyed — 16.1% — did not respond to the sexual orientation question at all[10]

---

[8] Due to attrition across survey administration waves that is characteristic of longitudinal studies such as this one, samples were smaller at Time 2 and Time 3.

[9] In the first administration of IDEALS, the gender identity question erroneously included biological sex response options: male, female, and another gender identity (with a text box). This was corrected in the third administration of IDEALS when students were asked to select one of the following gender identities: woman, man, nonbinary/genderqueer, a gender not specified (with a text box), or "prefer not to respond." A follow-up question asked whether they were transgender.

[10] One NARU campus that constituted 11.3% of potential respondents refused to include the sexual orientation question on their survey, resulting in their students having no opportunity to describe their sexuality at all. We surmise that the remaining 4.8% of potential respondents skipped the question for a variety of reasons, ranging from concerns about the personal nature of the question to fear of

and, among those who did, 96.5% identified as heterosexual. This contrasted sharply with all other IDEALS campuses (public, private non-religious, and religiously-affiliated institutions that are not NARUs), where trans and queer students made up about 1.0% and 11.5% of the first-year student population, respectively.

By the fourth year of college (Spring 2019), a higher proportion of IDEALS participants attending NARUs reported QT identities. For instance, 1.5% described themselves as nonbinary, genderqueer, or trans men (1.0% preferred not to share their gender identity). On the question of sexuality, close to 10% said they were queer, while 88.3% reported being heterosexual. At all other IDEALS campuses (public, private non-religious, and religiously-affiliated institutions that are not NARUs), the corresponding percentages of queer and trans students were substantially higher, at 20.2% and 2.3%, respectively, in the fourth year of college.

These data illustrate that NARU students' gender identities and sexualities are not constant across time: Students are more likely to report a queer or trans identity by their fourth year (9.7% and 1.5%) than in their first year of college (3.4% and 0.2%). Among students who reported a queer or trans identity in their

---

reprisal for outing themselves in a non-affirming environment to the insufficiency of response options. In addition, students at conservative religious colleges who are not resolutely heterosexual may choose other identifiers to describe themselves (e.g., "same-sex attracted")—and these were not included on the IDEALS instrument.

fourth year, all had described themselves as cisgender when they began college, and 76.9% had reported being heterosexual. This suggests that a subset of QT students who attend NARUs—many of whom may have grown up in non-affirming religious homes and communities—may choose or agree to attend those schools while concealing or without fully understanding their sexual/gender identities, only to face personal, social, academic, and financial risks in the NARU environment as their self-understanding grows.[11]

QT students who attend NARUs may also be motivated to enroll because of the religious and spiritual emphases of these campuses. When they entered college in 2015, 77.2% of QT students at NARUs expressed a Christian identity (including 42.9% who were evangelical Christians). Fifty percent reported that religious beliefs/faith had the "most influence" on their worldview when asked to select their top three influences from a list of eleven options. Also indicative of the importance of religion in their lives, the majority of QT students at NARUs described themselves as religious at the start of college. Despite the potential dissonance between faith and sexuality they may have encountered in these environments, religion, faith, and spirituality were decidedly important to QT students and likely shaped their choice of college.

---

[11] Jason C. Garvey & C. V. Dolan, *Queer and Trans College Student Success*, HIGHER EDUCATION: HANDBOOK OF THEORY AND RESEARCH 161–215 (2021).

### III. Queer and Trans Students at Non-Affirming Religious Universities Experience a Hostile Campus Climate.

"Campus climate" is defined as the "current attitudes, behaviors, and standards held by faculty, staff, and students concerning the access for, inclusion of, and level of respect for individual and group needs, abilities, and potential."[12] It is a concept that researchers use to study the student experience and, specifically, the degree to which students with particular identities are stigmatized and ostracized, versus included and accepted.

Campus climate plays a significant role in student success. Positive campus climates—that is, climates in which students feel included and accepted—have been associated with retention, degree completion, and psychological well-being.[13] More accepting campus climates result in less distress, higher self-acceptance[14] and greater academic and intellectual development[15] among QT students. Healthy

---

[12] Susan Rankin & Robert Reason, *Transformational tapestry model: A comprehensive approach to transforming campus climate.*, 1 JOURNAL OF DIVERSITY IN HIGHER EDUCATION 262–274 (2008).

[13] Sylvia Hurtado et al., *A model for diverse learning environments*, HIGHER EDUCATION: HANDBOOK OF THEORY AND RESEARCH 41–122 (2012); Katie K. Koo, *Am I welcome here? campus climate and psychological well-being among students of color*, 58 JOURNAL OF STUDENT AFFAIRS RESEARCH AND PRACTICE 196–213 (2021).

[14] Michael R. Woodford et al., *LGBTQ policies and resources on campus and the experiences and psychological well-being of sexual minority college students: Advancing Research on Structural Inclusion.*, 5 PSYCHOLOGY OF SEXUAL ORIENTATION AND GENDER DIVERSITY 445–456 (2018).

[15] Jason C. Garvey et al., *The impact of campus climate on queer-spectrum student academic success*, 15 JOURNAL OF LGBT YOUTH 89–105 (2018).

and affirming climates have been shown to positively relate to QT student success in particular.[16] Conversely, negative campus climates—that is, climates in which students feel stigmatized and ostracized—are associated with poor outcomes. Per Garvey et al.'s (2018) findings,[17] QT students who experience marginalization or a negative campus climate report lower academic performance and lower levels of engagement in extracurricular activities.

Data from the IDEALS study indicate that QT students who attend Non-Affirming Religious Universities experience a hostile campus climate compared to their peers who attend universities that are accepting (whether religious or non-religious). This was demonstrated by data across four domains: (1) the degree to which students perceived the campus to be a welcoming place for QT people; (2) attitudes toward QT people within the student body; (3) direct experiences with discrimination and hostility; and (4) freedom of expression experienced among QT students relative to peers.

**A. QT Students at NARUs experienced a less welcoming environment.**

IDEALS asked students about the degree of welcome they perceived for QT people on campus. In NARU environments, most students did *not* agree their

---

[16] Jason C. Garvey, Jason L. Taylor & Susan Rankin, *An examination of campus climate for LGBTQ Community College students*, 39 COMMUNITY COLLEGE JOURNAL OF RESEARCH AND PRACTICE 527–541 (2014).

[17] Jason C. Garvey et al., *supra* n.17, at 7.

campus was a welcoming place for lesbian, gay, bisexual, or transgender people. Moreover, when asked at the end of their first and fourth years, QT students at NARU campuses perceived far lower levels of welcome for lesbian, gay, and bisexual people (23.6% in 2016; 5.6% in 2019) and trans people (11.8% in 2016; 5.6% in 2019) than their heterosexual and cisgender counterparts (40.4% and 49.6% of whom perceived welcome for lesbian, gay, and bisexual people in 2016 and 2019, respectively, and 35.6% and 35.4% of whom perceived welcome for trans people in 2016 and 2019, respectively). In contrast, perceptions of QT welcome were demonstrably higher (though varied to some degree) in public and non-religious private university settings, with anywhere from 61% to 89% of students in agreement that the environment was welcoming for QT people.

**B. QT students at NARUs experienced more negative attitudes within the student body.**

IDEALS posed a series of questions to gauge student attitudes with respect to QT people. The questions were as follows (students were asked to express their level of agreement on a five-point scale, from agree strongly to disagree strongly):

- In general, lesbian, gay, and bisexual people make positive contributions to society.

- In general, transgender people make positive contributions to society.

- In general, lesbian, gay, and bisexual people are ethical people.

- In general, transgender people are ethical people.

- I have things in common with lesbian, gay, and bisexual people.

- I have things in common with transgender people.

- In general, I have a positive attitude toward lesbian, gay, and bisexual people.

- In general, I have a positive attitude toward transgender people.

The data received in response to these questions reveal that the majority of cisgender and heterosexual students at NARUs come to their campuses with negative attitudes towards QT people: At the beginning of the first year of college, rates of cisgender and heterosexual student agreement with these statements ranged from 27.6% ("I have things in common with transgender people") to 48.3% ("In general, I have a positive attitude toward lesbian, gay, and bisexual people") at NARUs. These numbers stand in sharp contrast to the responses of cisgender and heterosexual students at other institutions (i.e., schools that are not NARUs), both religious and non-religious. The IDEALS data are consistent with data obtained through the study of undergraduate students at three Council for Christian Colleges & Universities (CCCU) institutions: Yarhouse et al. (2009)[18] found that 96% and 84% of students considered their campus' view of "homosexual behavior" and "same-sex attraction" to be negative, respectively. Fellow students were the

---

[18] Mark A. Yarhouse et al., *Listening to sexual minorities on Christian College Campuses*, 37 JOURNAL OF PSYCHOLOGY AND THEOLOGY 96–113 (2009).

primary contributor of hostile campus climates for QT students, with 73% of QT students reporting disparaging, anti-QT comments made by peers on four or more occasions.

The negative first-year attitudes described above bolster the sense of unwelcome that QT students are already experiencing at these schools, and lead to direct experiences with discrimination and hostility (as described below). IDEALS data further suggest that, to the extent that student attitudes towards QT people improve over time, that improvement is linked to cisgender and heterosexual students having at least one friend of a different sexual orientation. Policies at NARUs that make it dangerous or impossible for QT students to come out of the closet necessarily inhibit or prevent these kinds of friendships.

## C. QT students at NARUs had more direct experiences with discrimination and hostility.

QT students at Non-Affirming Religious Universities experienced significantly more overt hostility and discrimination than their peers at other institutions. By the end of their first year, 11.8% of QT students at NARUs felt others "frequently" or "all the time" used their religious worldview to justify treating them in a discriminatory manner on the basis of their gender identity or sexual orientation. These experiences were amplified by year four, when more than one-third of QT students at NARUs said they experienced discrimination "frequently" or "all the time" on the basis of gender identity (33.4%) and/or

12

sexuality (38.9%). For the sake of comparison, consider that much smaller proportions of QT students at other types of institutions experienced the same in year four: 1.2%-9.4%.

QT students attending NARUs also had a higher propensity than all other groups to "frequently" or "all the time" feel pressured by others on campus to change their worldview (23.6% in 2016; 33.3% in 2019), to feel pressured to listen to others' perspectives when they didn't want to hear about them (29.4% in 2016; 61.1% in 2019), to feel silenced from sharing their experiences with prejudice and discrimination (17.7% in 2016; 22.2% in 2019), and to have tense, somewhat hostile interactions (11.8% in 2016; 22.2% in 2019). By 2019, several additional "frequent" or "all the time" experiences were the most prevalent among QT students attending NARUs relative to all other student groups: Having guarded, cautious interactions (50.0%), having hurtful, unresolved interactions (22.2%), and staying quiet rather than voicing their honest perspective to avoid conflict during challenging conversations (38.9%). In sum, the negative features of campus climate at NARUs (reflected by the lack of welcome and negative attitudes in the incoming student body) were coupled with direct experiences of hostility.

### D. QT students at NARUs experienced restriction on their freedom of speech and expression.

Freedom of religious expression is a prized value among religious conservatives and in NARU environments. But QT students who attend those

institutions are not free to express their ideas like everyone else. In fact, relative to students on their own campuses and those attending non-religious private and public institutions, QT students at NARUs experience the *least* freedom to express themselves. At the end of their first year in college, just 52.9% agreed that their campus and their classes are safe places to express their worldview. For context, 86.1% of heterosexual and cisgender students at NARUs agreed their campus is a safe place to express their worldview and 82.7% said the same about their classes. When asked at the end of the first year whether there is a place on campus where they can go to express their worldview, 70.6% of QT students at NARUs agreed, alongside 83.9% of their heterosexual and cisgender peers.

At the end of the fourth year, QT students' sense of free expression at NARUs diminished further: 50.0% agreed their campus was a safe place to express their worldview (compared to 74.5% of heterosexual and cisgender students), 44.4% agreed there was a place on campus where they could express their worldview (compared to 80.8% of heterosexual and cisgender students), and 38.9% agreed their classes were safe places to express their worldview (compared to 76.0% of heterosexual and cisgender students). Rates of agreement with the free expression statements were generally high at other types of institutions regardless of gender or sexuality, ranging from 73.3% to 88.3% in 2016 and 67.9% to 86.1% in 2019.

At the non-religious private and public campuses there were not consistent patterns of inequity, as there were at the NARUs: sometimes QT students fared better than heterosexual and cisgender students on these measures of free expression and sometimes the reverse was true. On the whole, these data illuminate stark differences in safety and freedom of expression at NARUs, with QT students lacking the same opportunities to share their perspectives openly in and beyond the classroom that their heterosexual and cisgender peers enjoy.

## IV. QT Students at Non-Affirming Religious Universities have Diminished Student Involvement.

Student involvement—i.e., the degree to which students are involved in student organizations, campus resource centers, peer relationships, and other sites of connecting and belonging—is positively correlated with retention, achievement, and students' development of a sense of self in college[19]. As with the general student population, QT students with higher engagement tend to have higher academic performance as reflected by grade point average.[20] But student

---

[19] Ernest T. Pascarella & Patrick T. Terenzini, HOW COLLEGE AFFECTS STUDENTS: A THIRD DECADE OF RESEARCH (2005).

[20] John P. Dugan, Michelle L. Kusel & Dawn M. Simounet, *Transgender College Students: An exploratory study of perceptions, engagement, and educational outcomes*, 53 JOURNAL OF COLLEGE STUDENT DEVELOPMENT 719–736 (2012); Kristie L. Seelman et al., *Student School engagement among sexual minority students: Understanding the contributors to predicting academic outcomes*, 38 JOURNAL OF SOCIAL SERVICE RESEARCH 3–17 (2012).

involvement also carries particular importance for QT students, who are at higher risk for being socially isolated and marginalized. When QT students can maintain quality interactions and personal relationships with colleagues and friends, they are more likely to persist and attain degrees.[21] Student involvement is essential for these students' sense of belonging and the cultivation of meaningful and lasting relationships with peers and faculty.[22] For this reason, many institutions of higher education fund resource centers for QT students, which offer community education, referrals, and advocacy.[23] QT students cultivate a sense of belonging in these identity-based student organizations, which has a positive effect on QT student retention and success.[24]

Peer relationships are also crucial for fostering space for QT students to support each other socially and academically.[25] Often referred to as kinship

---

[21] Matthew J. Mayhew et al., HOW COLLEGE AFFECTS STUDENTS: 21ST CENTURY EVIDENCE THAT HIGHER EDUCATION WORKS (2016).

[22] Jason C. Garvey & C. V. Dolan, *supra* n.12, at 5; Erich N. Pitcher & S. L. Simmons, *Connectivity, community, and kinship as strategies to foster queer and trans college student retention*, 21 JOURNAL OF COLLEGE STUDENT RETENTION: RESEARCH, THEORY & PRACTICE 476–496 (2020).

[23] Erich N. Pitcher et al., *Affirming policies, programs, and supportive services: Using an organizational perspective to understand LGBTQ+ college student success.*, 11 JOURNAL OF DIVERSITY IN HIGHER EDUCATION 117–132 (2018).

[24] Jason C. Garvey, *Critical imperatives for studying queer and trans undergraduate student retention*, 21 JOURNAL OF COLLEGE STUDENT RETENTION: RESEARCH, THEORY & PRACTICE 431–454 (2020).

[25] Jason C. Garvey et al., *Queer and trans\* students of color: Navigating identity disclosure and college contexts*, 90 THE JOURNAL OF HIGHER EDUCATION 150–178 (2018).

networks, these relationships can transcend the traditional bounds of college friendships and become a kind of chosen family, particularly for students who may be estranged from their own families of origin. Kinship plays a crucial role in retention,[26] and when QT students lack kinship relationships, they are less likely to graduate.[27]

Although IDEALS data do not provide insight on students' involvement with QT resource centers (which do not exist at NARUs), the study does explore other forms of involvement, including service participation, leadership, and engagement with faculty and spiritual mentors. At the end of their first year, QT students attending NARUs were less inclined than their heterosexual and cisgender peers to participate in required (58.8% versus 64.9%) or voluntary community service (47.1% versus 60.4%), campus leadership roles (17.6% versus 22.0%), and multicultural campus activities (23.5% versus 41.8%).

By the end of the fourth year of college, some of these patterns continued or were strengthened. For example, QT students remained less inclined than their peers to engage in voluntary service work (although the gap between the two

---

[26] Erich N. Pitcher & S. L. Simmons, *supra* n.26, at 13.

[27] Kristopher M. Goodrich, *Lived experiences of college-age transsexual individuals*, 15 JOURNAL OF COLLEGE COUNSELING 215–232 (2012); Anneliese A. Singh, Sarah Meng & Anthony Hansen, *"it's already hard enough being a student": Developing affirming college environments for Trans youth*, 10 JOURNAL OF LGBT YOUTH 208–223 (2013).

groups diminished by the fourth year). While all students assumed more campus leadership roles by the fourth year of college, the gap in participation widened over time, with heterosexual and cisgender students engaging the most (62.0% versus 44.4%). Strikingly, pronounced disparities did not exist in private non-religious and public institutions, and in fact QT students at those schools had a slight edge in campus leadership involvement in the fourth year (57.5% versus 54.4% in private non-religious institutions; 36.7% versus 34.7% in public institutions). Heterosexual and cisgender students also continued to engage to a greater degree than their QT peers in multicultural campus activities at NARUs (60.9% versus 50.0%).

Another troubling pattern concerns the rates of engaging spiritual mentors and faculty and expressing one's worldview. QT students—who reported higher rates than heterosexual and cisgender students of engaging chaplains, advisors, and faculty and expressing their worldview in class in their first year at NARUs— exhibited much lower rates of such engagement and expression than their peers by year four (chaplains/advisors: 38.9% versus 47.3%; faculty: 72.2% versus 86.7%; class expression: 66.7% versus 81.2%). The opposite pattern was true of faculty engagement and classroom expression on non-NARUS campuses. That is, at private non-religious and public institutions, QT students in their fourth year were more inclined than their peers to discuss religious or spiritual topics with faculty (44.5% versus 38.4% in private non-religious institutions; 28.2% versus 24.5% in

public institutions) and express their personal worldview in class (71.9% versus 60.4% in private non-religious institutions; 57.6% versus 49.8% in public institutions). QT students on NARU campuses were also much less likely than other students to participate in intercollegiate athletics (11.1% versus 26.6%).

Taken together, these findings suggest that QT students at NARUs have a diminished level of student involvement compared to their peers. Our findings point to inequities in leadership, self-expression, and engagement with spiritual mentors and faculty that do not exist to the same degree at other types of institutions and that may result from QT students feeling a need to conceal their identities or, upon coming out, being cast by others as unfit to lead and engage.

## CONCLUSION

The data from the IDEALS survey, understood within the context of published empirical research that we have cited here, show that QT students who attend Non-Affirming Religious Universities experience hostile and unequal treatment, and are less able to engage in campus life, than their peers. Religious exemptions support this discriminatory climate by conveying the message that negative, differential treatment is justified, and by preventing students who are

///

///

targeted from seeking redress. For the foregoing reasons, *Amici Curiae* respectfully submit that the decision below should be reversed.

DATED: August 25, 2023.          Respectfully Submitted,

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

/s/Caitlin Mitchell
Caitlin V. Mitchell, OSB #123964
cmitchell@justicelawyers.com
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434   Fax: (541) 484-0882
*Counsel for Amici Curiae*
*Higher Education Researchers*

# APPENDIX

## *Names of Amici Curiae*

Lorae Bonamy-Lohve, PhD Candidate in Higher Education and Student Affairs, University of Maryland College Park

Yolanda Cataño, Consultant for Hispanic-Serving Institutions

C. V. Dolan, PhD Candidate in Educational Leadership and Policy Studies, University of Vermont

Jason C. Garvey, Friedman-Hipps Green and Gold Associate Professor of Education, University of Vermont

Sage Goodwin, PhD Student in Higher Education Opportunity, Equity, and Justice, North Carolina State University

Ángel Gonzalez, Assistant Professor of Higher Education Administration and Leadership, California State University Fresno

Pearl Lo, PhD Candidate in Higher Education and Student Affairs, University of Maryland College Park

Alyssa Rockenbach, Alumni Distinguished Graduate Professor of Higher Education Opportunity, Equity, and Justice, North Carolina State University

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form08instructions.pdf](http://www.ca9.uscourts.gov/forms/form08instructions.pdf)

**9th Cir. Case Number(s)** | 23-35174

I am the attorney or self-represented party.

**This brief contains** | 4,608 | **words**, excluding the items exempted

by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R.

App. P. 32(a)(5) and (6).

I certify that this brief *(select only one)*:

○ complies with the word limit of Cir. R. 32-1.

○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

● is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one):*

　　○ it is a joint brief submitted by separately represented parties;

　　○ a party or parties are filing a single brief in response to multiple briefs; or

　　○ a party or parties are filing a single brief in response to a longer joint brief.

○ complies with the length limit designated by court order dated | | .

○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** | /s/Caitlin Mitchell | **Date** | Aug 25, 2023

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 23-35174

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

BRIEF OF AMICUS CURIAE HIGHER EDUCATION RESEARCHERS IN SUPPORT OF APPELLANT

**Signature** | /s/Caitlin Mitchell | **Date** | Aug 25, 2023

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 15**          *Rev. 12/01/2018*