# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**ELIZABETH HUNTER** et al.,

Plaintiffs-Appellants,

v.

**U.S. DEPARTMENT OF EDUCATION** and **CATHERINE E. LHAMON**, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,

Defendants-Appellees,

**COUNCIL FOR CHRISTIAN COLLEGES & UNIVERSITIES** et al.,

Intervenors-Defendants-Appellees.

No. 23-35174

On appeal from the United States District Court for the District of Oregon, Eugene Division, No. 6:21-cv-00474-AA

---

## BRIEF OF *AMICI CURIAE* DR. H. L. HIMES AND DR. THERESA STUELAND KAY IN SUPPORT OF APPELLANTS AND REVERSAL

## FILED WITH CONSENT OF ALL PARTIES PURSUANT TO FRAP 29(a)

---

Michelle S. Kallen
JENNER & BLOCK LLP
1099 New York Ave. NW
Washington, DC 20001
(202) 639-6000
mkallen@jenner.com

Jeremy M. Creelan
Rémi J. D. Jaffré
Owen W. Keiter
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
jcreelan@jenner.com
rjaffre@jenner.com
okeiter@jenner.com

Counsel for *Amici Curiae*

# <u>TABLE OF CONTENTS</u>

Page

**IDENTITY AND INTERESTS OF AMICI CURIAE** ..........................................1

**SUMMARY OF ARGUMENT** ........................................................................2

**ARGUMENT** ..................................................................................................4

**I.      LGBTQIA+ Students Often Experience Health And Academic Harms In NARU Settings** ..........................................................................4

   **A.      LGBTQIA+ Students Often Experience Challenges on All Types of Academic Campuses** ..........................................................4

   **B.      LGBTQIA+ Students Often Face Difficult Campus Climates, Policies, and Risks for Social Isolation at NARUs.** .........7

   **C.      LGBTQIA+ Students at Many NARUs Face Heightened Risks of Adverse Mental Health Outcomes.** ...................................11

   **D.      LGBTQIA+ Students Often Cannot Access Adequate Campus Mental Health, Counseling, and Medical Resources at NARUs.** ..................................................................................15

**II.     Attachment Theory Demonstrates How LGBTQIA+ Students Are Harmed When NARUs Take Non-affirming Actions** .............................17

**III.    Enhancing Oversight and Civil Rights Protections Can Improve Outcomes for LGBTQIA+ Students** .....................................................20

**CONCLUSION** ............................................................................................23

i

# TABLE OF AUTHORITIES

**Page(s)**

**Other Authorities**

Allan N. Schore, *Affect Regulation and the Origin of the Self: The Neurobiology of Emotional Development* (1994)................................17

Allan N. Schore, *Minds in the Making: Attachment, the Self-Organizing Brain, and Developmentally-Oriented Psychoanalytic Psychotherapy*, 17 British J. of Psychotherapy 299 (2006) ..............................17

Am. Psych. Ass'n, *APA Resolution on Sexual Orientation Change Efforts* (2021)................................16

Am. Psych. Ass'n, Div. 44, Soc'y for the Psych. of Sexual Orientation and Gender Diversity, *Professional Psychology Groups urge the U.S. Department of Education to Protect LGBTQ+ Students at Religious Colleges and Universities* (2021), https://www.apadivisions.org/division-44/news-events/religious-university-lgbtq-discrimination.pdf ................................22

Am. Psych. Ass'n., *Public Policies, Prejudice, and Sexual and Gender Minority Health* (2021), https://www.apaservices.org/advocacy/gender-minority-health.pdf.................21

Andrew A. McAleavey et al., *Sexual Orientation Minorities in College Counseling: Prevalence, Distress, and Symptom Profiles*, 14 J. Coll. Counsel. 127 (2011) ................................6, 14

Ctr. for Collegiate Mental Health, *2014 Annual Report* (2015) ................................6

Daniel J. Siegel, *The Developing Mind: How Relationships and the Brain Interact to Shape Who We Are* (3d ed. 2020)................................17

Heather Killelea McEntarfer, *"Not Going Away": Approaches Used by Students, Faculty, and Staff Members to Create Gay–Straight Alliances at Three Religiously Affiliated Universities*, 8 J. LGBT Youth 309 (2011)................................10

ii

Ilan H. Meyer et al., *"We'd Be Free": Narratives of Life Without Homophobia, Racism, or Sexism,* 9 Sexuality Research & Soc. Pol'y 204 (2011) ........................................................................5

*Interpersonal Neurobiology and Clinical Practice* (Daniel J. Siegel et al., eds. 2021) ..........................................................................17

J.S. Coley, *Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities*, 38 Soc. Spectrum 422 (2018) ..................................................................................7

Jamal R. Cunningham, *Differences in Mental Health for Sexual Minority Students at Faith-Based Colleges/Universities and in the General College/University Population* (June 26, 2017) ..........................14, 15

Janelle K. Maloch et al., *Eating Concerns in College Women Across Sexual Orientation Identities*, 16 J. Coll. Counsel. 275 (2013) ..........................6

Jason C. Garvey et al., *The impact of campus climate on queer-spectrum student academic success*, 15 J. LGBT Youth 89 (2018) ...................5

Jeff Lockhart, *Sexual & Gender Minority Students Speak Out: A Campus Climate Survey* (April 17, 2013) .............................................9

Jeremy Kisch et al., *Aspects of Suicidal Behavior, Depression, and Treatment in College Students: Results from the Spring 2000 National College Health Assessment Survey*, 35 Suicide and Life-Threatening Behavior 3, 9 (2005) ..................................................6

Jessica C. Effrig et al., *Change in Depressive Symptoms Among Treatment-Seeking College Students Who Are Sexual Minorities,* 17 J. Coll. Counsel. 271 (2014) ..........................................................6

Jessica C. Effrig et al., *Examining Victimization and Psychological Distress in Transgender College Students*, 14 J. Coll. Counsel.143 (2011) ..................................................................................6

John Bowlby, *A Secure Base: Parent-Child Attachment and Healthy Human Development* (1988) ...........................................................19

John E. Pachankis & Marvin R. Goldfried, *Social anxiety in young gay men*, 20 Anxiety Disorders 996 (2006) .........................................5

John E. Pachankis, *The Psychological Implications of Concealing a Stigma: A Cognitive–Affective–Behavioral Model*, 133 Psych. Bulletin 328 (2007) ........................................................................5

John T. Cacioppo & Louise C. Hawkley, *Perceived Social Isolation and Cognition*, 13 Trends Cognitive Sci. 447 (2009).........................................19

Joshua R. Wolff & H. L. Himes, *Purposeful Exclusion of Sexual Minority Youth in Christian Higher Education: The Implications of Discrimination*, 9 Christian Higher Ed. 439 (2010) ...................................7, 8, 10

Joshua R. Wolff et al., *Protecting Sexual and Gender Minorities in Academic Institutions with Disallowing Policies: Psychological, Ethical, and Accreditation Concerns*, 14 Training and Educ. In Prof'l 249 (2019) ........................................................................20, 21

Joshua R. Wolff et al., *Sexual Minority Students in Non-Affirming Religious Higher Education: Mental Health, Outness, and Identity*, 3 Psych. of Sexual Orientation and Gender Diversity 201 (2016)...11, 12, 14, 15

Joshua R. Wolff et al., *Transgender and Gender-Nonconforming Student Experiences in Christian Higher Education: A Qualitative Exploration*, 16 Higher Ed. 319 (2017) .................................................7, 8, 10, 16

Julia Raifman et al., *Association of State Laws Permitting Denial of Services to Same-Sex Couples With Mental Distress in Sexual Minority Adults*, 75 JAMA Psychiatry 671 (2018).............................................20

Julianne Holt-Lunstad et al., *Relationship Support or Distress and Oxytocin: The Influence of Relatively Stable and Modifiable Aspects of Social Relationships*, 32 J. Soc. & Personal Relationships 472 (2015) .....................................................................19

Katie Heiden-Rootes et al., *A National Survey on Depression, Internalized Homophobia, College Religiosity, and Climate of Acceptance on College Campuses for Sexual Minority Adults*, 67 J. Homosexuality 435 (2020) ........................................................13

Lisa M. Diamond & Jenna Alley, *Rethinking Minority Stress: A Social Safety Perspective on the Health Effects of Stigma in Sexually-Diverse and Gender-Diverse Populations*, 138 Neuroscience & Behavioral Revs. 104720 (2022) ........................................................19

Louis Cozolino, *The Neuroscience of Human Relationships: Attachment and the Developing Social Brain* (2006)........................................17

Louis Cozolino, *The Neuroscience of Psychotherapy: Healing the Social Brain* (3d ed. 2017).................................................................17

Mark A. Yarhouse et al., *Listening to Sexual Minorities on College Campuses*, 37 J. Psych. & Theology 96 (2009)....................................17

Mark L. Hatzenbuehler, et al., *State-Level Policies and Psychiatric Morbidity in Lesbian, Gay, and Bisexual Populations*, 99 Am. J. Pub. Health 2275 (2009)....................................................................21

Michael R. Woodford & Alex Kulick, *Academic and Social Integration on Campus Among Sexual Minority Students: The Impacts of Psychological and Experiential Campus Climate*, 55 Am. J. Community Psych. 13 (2015). ..................................................5

Michael R. Woodford et al., *Discrimination and Mental Health Among Sexual Minority College Students: The Type and Form of Discrimination Does*, 18 J. Gay & Lesbian Mental Health 142 (2014).................................................................................................5

Shelley L. Craig et al., *Fighting for Survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and universities*, 29 J. Gay & Lesbian Social Servs. 1 (2017)...................................................................8, 9, 10, 15

Stacey Colton Meier & Christine M. Labuski, *The Demographics of the Transgender Population*, in *International Handbook on the Demography of Sexuality* 289 (Amanda K. Baumle ed., 2013) ..........................6

Stephen W. Porges, *Polyvagal Safety: Attachment, Communication, Self-Regulation* (2021).........................................................................17

Stephen W. Porges, *The Polyvagal Theory: Neurophysiological Foundations of Emotions, Attachment, Communication, Self-Regulation* (2011) ...............................................................................17

Susan E. Rankin, *Campus Climates for Sexual Minorities*, 111 New Directions for Student Servs. 17 (2005) ............................................5

v

Susan Rankin et al., *2010 State of Higher Ed. For Lesbian, Gay, Bisexual & Transgender People* 9-11 (2010)........................................................5

Theresa Stueland Kay and Joshua Wolff, *LGBTQ Students in Non-affirming Religious Institutions*, *in* Affirming LGBTQ+ Students in Higher Education 71 (David P. Rivera et. al. eds. 2022) ...................................20

## IDENTITY AND INTERESTS OF AMICI CURIAE

Amici are psychologists and researchers who study the experiences of lesbian, gay, bisexual, transgender, queer/questioning, intersex, and asexual ("LGBTQIA+") people in religious communities, and at religious postsecondary educational institutions in particular. Amici present this brief to inform the Court about the state of psychological research in this area and the need to consider students' mental health with respect to the present appeal.[1]

Amicus Dr. Theresa Stueland Kay is a Professor of Psychology at Weber State University in Ogden, Utah, and is a licensed clinical psychologist.[2] She has carried out an extensive program of research concerning the experiences of LGBTQIA+ individuals in religious communities and in religious educational institutions in particular. In addition to her various publications on the subject, Dr. Kay has presented before the American Psychological Association.

Amicus Dr. H. L. Himes is a licensed clinical psychologist practicing in Trumansburg, New York, who specializes in gender and LGBTQIA+ experiences. They have presented on trauma-informed work with transgender individuals at the

---

[1] This *amicus curiae* brief is filed with the consent of all parties to this proceeding. No party's counsel authored any portion of this brief. No party or party's counsel contributed money intended to fund this brief's preparation or submission. No person other than the *amici curiae*, their members, or their counsel contributed money that was intended to fund this brief's preparation or submission.

[2] This brief does not purport to represent the position of Weber State University.

2021 World Congress on Intergenerational Trauma, they have published extensive research related to the impact of non-affirming policies on LGBTQIA+ individuals in academic environments, and they frequently provide training on trauma-informed therapy with the LGBTQIA+ community. Dr. Himes also consults with organizations seeking to be more LGBTQIA+ inclusive, specializing in working with religious communities, and provides consultation and educational seminars related to transgender competency in mental health. They are a graduate of a religiously-affiliated institution of higher education.

## SUMMARY OF ARGUMENT

**I.** Across the country, LGBTQIA+ students are attempting to obtain a college education at institutions that express the belief, through official statements and policies, that fundamental parts of these students' identities are morally wrong. A growing body of cross-disciplinary scientific research suggests that such environments pose serious potential risks for these students' mental health and well-being.

When religious educational institutions take the position that LGBTQIA+ students must not possess or express their identities (what amici refer to as a "non-affirming" religious university, or "NARU"), their students become vulnerable to a range of psychological stressors. LGBTQIA+ students at NARUs may be socially isolated, not least because their peers are encouraged to share and express the non-

2

affirming views espoused by the educational institution. Many of these students often feel pressured to hide their disfavored identities, and to feel ashamed of them. If the students do not hide their identities, they may be subjected to harassment, punishment, and attempts to "fix" those identities. As a result, many LGBTQIA+ students report sadness, loneliness, and a sense that they are invisible in their community. They face an increased risk of harm, including depression, disordered eating, self-harm, and even suicide.

II.     The negative mental health outcomes experienced by LGBTQIA+ students at NARUs can be explained, in part, by the psychological principle known as "attachment theory." Young people with LGBTQIA+ identities often feel compelled to suppress those identities to preserve important relationships, resulting in harmful experiences of shame and fear of discovery. Attending a university that is non-affirming of a student's identity only reinforces that shame and fear.

III.    Student well-being can be improved through energetic enforcement of civil rights protections. LGBTQIA+ people who are protected from discrimination by strong equal protection laws are broadly healthier and experience less mental distress. LGBTQIA+ students at NARUs would thus benefit from strong enforcement of civil rights laws, such as Title IX. On the other hand, refusing to enforce those laws, including by enacting regulations that exempt NARUs, denies these students that protection and exposes them to serious harm. Therefore, it is

3

amici's opinion that the scientific literature corroborates Plaintiffs' concerns about the deleterious effects upon LGBTQIA+ students of exempting religious institutions from the protections of Title IX.

## ARGUMENT

LGBTQIA+ students attending institutions that express non-affirming positions about LGBTQIA+ identities face unique burdens that can catalyze or exacerbate negative mental health outcomes. Amici write to inform the court of relevant psychological research illuminating the psychological harm suffered by LGBTQIA+ individuals at religious universities/colleges and postsecondary educational institutions that enforce non-affirming policies. Amici also wish to bring to the Court's attention research showing that strong enforcement of civil rights protections benefits LGBTQIA+ people. These bodies of research cumulatively support the proposition that a decision in favor of Plaintiffs in this case would likely yield important benefits to America's LGBTQIA+ students.

## I. LGBTQIA+ STUDENTS OFTEN EXPERIENCE HEALTH AND ACADEMIC HARMS IN NARU SETTINGS

### A. LGBTQIA+ Students Often Experience Challenges on All Types of Academic Campuses

A wealth of psychological, educational, and medical research consistently shows patterns of negative health and academic disparities for LGBTQIA+ students compared to their heterosexual, cisgender peers in all higher education settings.

LGBTQIA+ students can encounter verbal and sexual harassment, threats, and physical assaults tied to their identities (and expressions thereof),[3] hear derogatory jokes or slurs, be socially isolated due to perceived or actual rejection, have limited access to mentors, experience a lack of LGBTQIA+ topics in university curricula, and have insufficient campus support services/resources. Overall, they are more likely to perceive their campus environments as unwelcoming.[4]

LGBTQIA+ students who feel marginalized on campus are more likely to conceal their identity to avoid harassment, intimidation, and/or being identified as LGBTQIA+.[5] Among these students, concealment and internalized stigma about one's sexual or gender identity are associated with feelings of isolation, emotional distress, rumination, negative self-esteem, disengagement from academic responsibilities, and lower GPA.[6] Further, LGBTQIA+ students (and particularly

---

[3] *See, e.g.*, Susan Rankin et al., *2010 State of Higher Ed. For Lesbian, Gay, Bisexual & Transgender People* 9-11 (2010).

[4] Ilan H. Meyer et al., *"We'd Be Free": Narratives of Life Without Homophobia, Racism, or Sexism*, 9 Sexuality Research & Soc. Pol'y 204 (2011); Michael R. Woodford et al., *Discrimination and Mental Health Among Sexual Minority College Students: The Type and Form of Discrimination Does Matter*, 18 J. Gay & Lesbian Mental Health 142 (2014).

[5] John E. Pachankis & Marvin R. Goldfried, *Social anxiety in young gay men*, 20 Anxiety Disorders 996 (2006); Susan E. Rankin, *Campus Climates for Sexual Minorities*, 111 New Directions for Student Servs. 17 (2005).

[6] Jason C. Garvey et al., *The impact of campus climate on queer-spectrum student academic success*, 15 J. LGBT Youth 89 (2018); John E. Pachankis, *The Psychological Implications of Concealing a Stigma: A Cognitive–Affective–Behavioral Model*, 133 Psych. Bulletin 328 (2007); Michael R. Woodford & Alex Kulick, *Academic and Social Integration on Campus Among Sexual Minority*

5

students who are questioning their identities) are more likely to seek college counseling services, and report significantly higher levels of depressive symptoms, social anxiety, and disordered eating behaviors than their heterosexual peers.[7] One terrible but inexorable result of these disparities is that LGBTQIA+ students are up to 2.6 times more likely to attempt suicide than their heterosexual peers.[8]

Students who are transgender or gender non-confirming ("TGNC") may face even more difficulty in campus environments. TGNC students often face unique stressors, such as employment discrimination, gender-based harassment, and a lack of adequate medical and mental health services on campus.[9] Further, TGNC students are significantly more likely than their cisgender peers to engage in self-injury, to have thoughts about suicide, and to attempt suicide.[10]

_Students: The Impacts of Psychological and Experiential Campus Climate_, 55 Am. J. Community Psych. 13 (2015).

[7] _See_ Jessica C. Effrig et al., _Change in Depressive Symptoms Among Treatment-Seeking College Students Who Are Sexual Minorities_, 17 J. Coll. Counsel. 271 (2014); Janelle K. Maloch et al., _Eating Concerns in College Women Across Sexual Orientation Identities_, 16 J. Coll. Counsel. 275 (2013); Andrew A. McAleavey et al., _Sexual Orientation Minorities in College Counseling: Prevalence, Distress, and Symptom Profiles_, 14 J. Coll. Counsel. 127 (2011); Ctr. for Collegiate Mental Health, _2014 Annual Report_ (2015); Woodford et al., _supra_ note 4.

[8] Jeremy Kisch et al., _Aspects of Suicidal Behavior, Depression, and Treatment in College Students: Results from the Spring 2000 National College Health Assessment Survey_, 35 Suicide and Life-Threatening Behavior 3, 9 (2005).

[9] Stacey Colton Meier & Christine M. Labuski, _The Demographics of the Transgender Population_, _in International Handbook on the Demography of Sexuality_ 289 (Amanda K. Baumle ed., 2013).

[10] Jessica C. Effrig et al., _Examining Victimization and Psychological Distress in Transgender College Students_, 14 J. Coll. Counsel. 143 (2011).

**B.  LGBTQIA+ Students Often Face Difficult Campus Climates, Policies, and Risks for Social Isolation at NARUs.**

Many NARUs have adopted campus policies and behavioral standards regarding LGBTQIA+ identities and expressions that are based on religious views of gender and sexuality.[11]  Some NARUs advocate theological perspectives that are non-affirming of LGBTQIA+ identities, although they typically do not link these views to explicit disciplinary consequences for LGBTQIA+ students.  However, even without making LGBTQIA+ identity subject to outright punishment, NARUs' non-affirming stances toward LGBTQIA+ students' identities clearly have psychological consequences for those students related to attachment threat, social safety, perception of hostility, and social isolation.

Some NARUs have policies that explicitly address sexual orientation, but do not acknowledge TGNC students.  Such policies can have isolating effects for these individuals.  For example, in a study of TGNC students at NARUs conducted by amici and colleagues, one participant described feeling invisible on campus due to a "don't ask, don't tell" policy that discouraged discussion about TGNC people in

---

[11] Joshua R. Wolff & H. L. Himes, *Purposeful Exclusion of Sexual Minority Youth in Christian Higher Education: The Implications of Discrimination*, 9 Christian Higher Ed. 439 (2010); Joshua R. Wolff et al., *Transgender and Gender-Nonconforming Student Experiences in Christian Higher Education: A Qualitative Exploration*, 16 Christian Higher Ed. 319 (2017); J.S. Coley, *Theologies of Exclusion: Christian Universities and Discrimination against Sexual Minorities*, 38 Soc. Spectrum 422 (2018).

their community.[12]  Similarly, a genderqueer student from the same study said: "It can be difficult at times [because] essentially I am a minority at my college.  I think I am the only out [gender minority] person, and I am barely out, but people do know so I am kind of doing this alone."[13]

The TGNC participants in amici's 2017 study shared a common experience of sadness and remorse over lost opportunities to fully explore their identities and to be known to others.  Despite these feelings, participants did *not* regret keeping their gender identities concealed while enrolled in a NARU, noting it would not have been safe to out themselves due to restrictive policies and the perception that their environments were highly rejecting toward TGNC people.[14]  Further, without formal, affirming resources for support, there were no positive reasons to choose to be out on campus.  Instead, there were often compelling reasons to remain closeted, including the possibility of formal sanctions such as academic probation, mandatory referrals to counseling (which some students reported may have the goal of changing sexual orientation and/or gender identity to comply with religious norms), restrictions of on-campus privileges, suspension, and expulsion.[15]

---

[12] Wolff et al. (2017), *supra* note 11.
[13] *Id.*
[14] *Id.*
[15] Shelley L. Craig et al., *Fighting for Survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and universities*, 29 J. Gay & Lesbian Social Servs. 1 (2017); Wolff et al. (2017), *supra* note 11; Wolff & Himes, *supra* note 11.

Based on descriptions provided directly by students in various study samples, LGBTQIA+ students' experiences of derogatory remarks, rejection, bullying, and social isolation related to their identities in university settings can be even more explicit in NARU environments than in other higher education environments. One student who attended a NARU reported: "I was appalled my senior year when two professors made jokes in the classes about homosexuals. Of course, everyone thought this was funny. Students were allowed to bash homosexuals."[16]

Further, LGBTQIA+ students may experience harassment in more blatant ways at NARUs because administrators have often turned a blind eye when it occurs—as they are permitted to do by the Title IX exemptions at issue in this case.[17] One study at a Catholic institution found that LGBTQIA+ students who were harassed or threatened were *less likely to report* being victimized to their university because they feared that, given the non-affirming campus environment, reporting these harms would only lead to retaliation or otherwise worsen the situation.[18] Moreover, students are often put in a position where reporting harassment could involve

---

[16] Craig et al., *supra* note 15.
[17] *Id.*; Wolff et al. (2017), *supra* note 11.
[18] Jeff Lockhart, *Sexual & Gender Minority Students Speak Out: A Campus Climate Survey* (April 17, 2013) (presentation, Fordham University).

9

outing themselves to their NARU, which in turn could lead to the NARU itself taking adverse actions against the student.[19]

Amici's own research bears this out. Several participants in amici's 2017 study reported that they were harassed after telling faculty members about their gender identities, or they witnessed supportive faculty and staff being threatened with losing their jobs.[20] Overall, these participants reported feeling devalued and dehumanized based on their gender identities.[21]

Multiple published studies demonstrate that LGBTQIA+ students who attend NARUs face difficulty in forming social support groups. These studies show, for example, that some NARUs forbid LGBTQIA+-affirming student organizations such as Gender/Sexuality Alliances (GSAs), sometimes in the face of students' efforts to form them or to compromise with campus administrators.[22] TGNC participants in amici's 2017 study noted that after students posted fliers as part of an effort to organize a supportive GSA, they witnessed those fliers being singled out

---

[19] *See* Wolff et al. (2017), *supra* note 11.; Craig et al., *supra* note 15; Wolff & Himes (2010), *supra* note 11.

[20] Wolff et al. (2017), *supra* note 11.

[21] Professional ethics required amici and their colleagues to take additional steps (beyond standard research protocols) to de-identify participants in the 2017 study to ensure they would not be sanctioned by their respective institutions, further emphasizing the lack of social safety experienced by LGBTQIA+ individuals at NARUs. *Id.*

[22] Heather Killelea McEntarfer, *"Not Going Away": Approaches Used by Students, Faculty, and Staff Members to Create Gay–Straight Alliances at Three Religiously Affiliated Universities*, 8 J. LGBT Youth 309 (2011).

and removed.[23]  Though these specific examples may not be generalizable to every NARU, amici believe that such data illustrate the fear, social isolation, and potential harm that some LGBTQIA+ students who attend NARUs experience, especially those with disallowing or restrictive policies.

### C.    LGBTQIA+ Students at Many NARUs Face Heightened Risks of Adverse Mental Health Outcomes.

Recent studies provide strong evidence that non-affirming campus environments contribute detrimentally to the mental health of LGBTQ+ students.

First, in 2016, with several colleagues, amicus Dr. Himes published a statistical study that consisted of 213 students enrolled at NARUs who identify as lesbian, gay, bisexual, queer/questioning, or same-sex attracted.[24]  (The study used the term "sexual minority" ("SM") to refer to this group of identities, which amici use here for clarity.)  The authors obtained a diverse sample of respondents from different types of NARUs in the United States, with a range of behavioral policies (i.e., codes of conduct) specific to SM students.  Among other things, the results indicated that among the sample of 213 SM students enrolled in NARUs:

> 1. The average SM student had elevated clinical symptoms of depression, anxiety, eating concerns, substance use, academic distress, and family

---

[23] Wolff et al. (2017), *supra* note 11.

[24] *See* Joshua R. Wolff et al., *Sexual Minority Students in Non-Affirming Religious Higher Education: Mental Health, Outness, and Identity*, 3 Psych. of Sexual Orientation and Gender Diversity 201 (2016).

distress as compared to college students in the general population (i.e., all sexual orientations and genders); in other words, many SM students were experiencing psychological distress and/or mental health symptoms.

2. Thirty-seven percent of SM students experienced bullying or harassment at school based on their sexual orientation; these students were more likely to report symptoms of depression.

3. SM students who belonged to a Gender-Sexuality Alliance (GSA; or equivalent social support group) reported less-negative identities about themselves and less difficulty attempting to understand their sexual orientation.

4. *However*, fewer than half of SM students reported having any organized social support system (e.g., a GSA) on campus.

The study further showed that SM students who attended non-denominational, evangelical, and LDS (Mormon) NARUs experienced significantly more difficult sexual identity exploration processes than students in Catholic and mainline Protestant schools.[25]   Because NARUs in the former category typically have behavioral policies that restrict student identities and expression (including but not limited to how they can organize on campus), this finding suggests that some SM

---

[25] *Id.* at 207.

students who attend NARUs that are not only theologically non-affirming but also have such restrictive policies face added difficulties.

Significantly, the study's sampling approach may have been more likely to reach students who were connected to a GSA or other type of social support group, as nearly two-thirds of the sample had come out to at least one person on campus (most often their roommate), and the authors were able to find them through purposive recruiting strategies and word-of-mouth (e.g., asking student groups to forward recruitment materials to people who might be willing to participate). Thus, the study may have *under*-sampled some "at-risk" students (namely, those who are not out, and who might be the most socially isolated from other SM students). As a result, the study's findings with respect to these students' psychological functioning, risks, and outcomes may have underrepresented the extent of the risks faced by the average SM student at a NARU.

A subsequent study, from 2020, further supports the 2016 study's findings. Upon analyzing a sample of 384 SM college students, the authors of the 2020 study concluded that "increased college religious conservatism predicted depression through decreased college acceptance and increased internalized homophobia."[26]

---

[26] Katie Heiden-Rootes et al., *A National Survey on Depression, Internalized Homophobia, College Religiosity, and Climate of Acceptance on College Campuses for Sexual Minority Adults*, 67 J. Homosexuality 435, 445 (2020).

Further, a 2017 study concluded that lesbian, gay, bisexual, queer, and questioning ("LGBQ+") students at NARUs suffer worse mental health outcomes than LGBQ+ students in the general U.S. college/university population ("GCUP").[27] That study compared the sample data from the 2016 study described above[28] with another sample that included more than 2000 LGBQ+ students in the GCUP.[29]  Both studies used the same widely validated and utilized measure of psychological symptoms.  The comparison revealed several striking findings:

1. LGBQ+ students enrolled at NARUs reported significantly higher levels of depression than the GCUP sample among gay and bisexual students.

2. LGBQ+ students enrolled at NARUs reported higher levels of depression than the GCUP sample among lesbian students.

3. Among students who defined their sexual identity as "Other" (meaning neither LGBQ+ nor straight), students enrolled at NARUs reported significantly higher levels of social anxiety than the GCUP sample.

---

[27] Jamal R. Cunningham, *Differences in Mental Health for Sexual Minority Students at Faith-Based Colleges/Universities and in the General College/University Population* (June 26, 2017) (unpublished Psy.D. dissertation, Adler University).
[28] *See* Wolff et al. (2016), *supra* note 24.
[29] McAleavey et al., *supra* note 7.

4. Gay students at NARUs had significantly higher disordered eating symptoms than gay students in the GCUP.

5. "Questioning" students at NARUs had somewhat higher disordered eating symptoms than questioning students in the GCUP.[30]

In all, these studies indicate that mental health outcomes for a subset of LGBTQIA+ students attending NARUs appear worse when compared to LGBTQIA+ students attending other institutions—particularly for those who face the added stressors of being unsure/confused about their identities, and for students who are socially isolated.

### D. LGBTQIA+ Students Often Cannot Access Adequate Campus Mental Health, Counseling, and Medical Resources at NARUs.

Several studies suggest that LGBTQIA+ students may not obtain adequate, culturally competent mental health and medical services on campus at NARUs. For example, two studies identified reports that mental health professionals had attempted to change the sexual orientation of SM students (i.e., conversion therapy); in one of the studies, nearly one-fifth of the students reported that they had been subjected to such treatment.[31] That practice is widely condemned by medical

---

[30] Cunningham, *supra* note 27.
[31] Wolff et al. (2016), *supra* note 24, at 210; Craig et al., *supra* note 15.

professional associations due to its lack of efficacy and potential for harm, including increased risks of anxiety, depression, and suicidal behavior.[32]

In an interview study that amici and colleagues conducted, several TGNC students who received campus counseling at NARUs reported that they had been misdiagnosed with psychiatric illnesses (such as eating disorders), rather than underlying gender dysphoria.[33]  One TGNC participant described having to drive to a different city because they did not trust the campus medical center at their university to provide competent trans-affirming medical care.  Several study participants also raised concerns about what they perceived to be inadequate training for NARU staff about LGBTQIA+ issues.

Various factors, such as stigma, potential disciplinary action, and lack of provider competency, may also contribute to lower-than-expected utilization rates for campus services among LGBTQIA+ students who attend NARUs with disallowing policies, although more data is needed to ascertain this hypothesis.  For example, one study found that only 14% of SM students sought counseling services

---

[32] *See, e.g.*, Am. Psych. Ass'n, *APA Resolution on Sexual Orientation Change Efforts* (2021).
[33] Wolff et al. (2017), *supra* note 11.

at their NARU, and that 0% used Student Development services,[34] despite recognition that those services were available.[35]

## II. ATTACHMENT THEORY DEMONSTRATES HOW LGBTQIA+ STUDENTS ARE HARMED WHEN NARUS TAKE NON-AFFIRMING ACTIONS

A fundamental principle of modern psychology, known as the theory of attachment, explains that young people require an attachment or connection with a protective caregiver when they experience a threat, and that the lack of this attachment can lead to psychological harm that lingers through adult life. Attachment theory suggests that the ability to survive childhood is dependent upon attachment to, or connection with, a protective, nurturing caregiver. This is one of the most foundational, best-researched aspects of human development and the neurobiological origins of mental health problems.[36]

---

[34] Student Development offices often provide resources for forming student organizations, student advocacy on campus (such as sexual assault prevention), career coaching, academic assistance, and disability accommodation services.

[35] Mark A. Yarhouse et al., *Listening to Sexual Minorities on College Campuses*, 37 J. Psych. & Theology 96 (2009).

[36] *See, e.g.*, Stephen W. Porges, *Polyvagal Safety: Attachment, Communication, Self-Regulation* (2021); *Interpersonal Neurobiology and Clinical Practice* (Daniel J. Siegel et al., eds. 2021); Daniel J. Siegel, *The Developing Mind: How Relationships and the Brain Interact to Shape Who We Are* (3d ed. 2020); Louis Cozolino, *The Neuroscience of Psychotherapy: Healing the Social Brain* (3d ed. 2017); Stephen W. Porges, *The Polyvagal Theory: Neurophysiological Foundations of Emotions, Attachment, Communication, Self-Regulation* (2011); Allan N. Schore, *Minds in the Making: Attachment, the Self-Organizing Brain, and Developmentally-Oriented Psychoanalytic Psychotherapy*, 17 British J. of Psychotherapy 299 (2006); Louis Cozolino, *The Neuroscience of Human Relationships: Attachment and the*

17

Attachment theory helps to explain the threats faced by LGBTQIA+ youths who live in a culture where they are not fully accepted. Not only do these young people have a higher potential to be bullied, harassed, threatened, or assaulted than their cisgender and straight peers, but they may also face rejection, abandonment, threats, abuse, and assault from their own family members. Thus, LGBTQIA+ youths in unsupportive environments must contend with the possibility of losing their attachment caregivers (including parents), and along with them their friends, social connections, housing, and financial stability (since youths are generally completely dependent on their caregivers for shelter, food, and financial resources).

This threat to a young person's attachment relationships and their physical safety leads many young LGBTQIA+ youth to repress their identities, to socially isolate, and to internalize a tremendous amount of shame. When LGBTQIA+ youths grow up in a culture that overtly rejects LGBTQIA+ people (for example, in an openly homophobic family or a religion that teaches that LGBTQIA+ people are "unnatural" or "sinful"), the need to hide the disfavored aspects of their identity can become imperative in order to preserve the attachment bond. They are forced to make these sacrifices in pursuit of what is called "social safety," meaning the reliable

_Developing Social Brain_ (2006); Allan N. Schore, _Affect Regulation and the Origin of the Self: The Neurobiology of Emotional Development_ (1994).

social connections, social belongingness, social inclusion, social recognition, and social protection which are essential human needs at all stages of life.[37]

Because they face a constant threat of rejection in their attachment relationships, LGBTQIA+ youth tend not to have a "secure base"[38] of healthy attachment from which to explore their sexual or gender identity. This deprivation may cause these youths to remain within a familiar culture rather than face the fear of stepping outside of their existing social support systems, even if these are not supportive of LGBTQIA+ identity. They may even be willing to choose to attend a NARU—potentially subjecting themselves to anti-LGBTQIA+ policies—and their identities may remain undiscovered, or kept secret out of shame and fear, throughout their educational experience.

In sum, when people choose attachment bonds and social safety over self, they become vulnerable to significant mental health concerns. The evidence for these concerns is borne out in the research on mental health disparities for LGBTQIA+ students.

---

[37] Lisa M. Diamond & Jenna Alley, *Rethinking Minority Stress: A Social Safety Perspective on the Health Effects of Stigma in Sexually-Diverse and Gender-Diverse Populations*, 138 Neuroscience & Behavioral Revs. 104720 (2022); John T. Cacioppo & Louise C. Hawkley, *Perceived Social Isolation and Cognition*, 13 Trends Cognitive Sci. 447 (2009); Julianne Holt-Lunstad et al., *Relationship Support or Distress and Oxytocin: The Influence of Relatively Stable and Modifiable Aspects of Social Relationships*, 32 J. Soc. & Personal Relationships 472 (2015).
[38] John Bowlby, *A Secure Base: Parent-Child Attachment and Healthy Human Development* (1988).

### III. ENHANCING OVERSIGHT AND CIVIL RIGHTS PROTECTIONS CAN IMPROVE OUTCOMES FOR LGBTQIA+ STUDENTS

In published research, amici and others have recommended comprehensive strategies for reducing the various risks and psychological stressors for LGBTQIA+ students at NARUs that are described above.[39] Based on a combination of evidence-based practices, consistency with positions from amici's professional association (the APA), and amici's own professional experiences, amici believe these strategies can both keep LGBTQIA+ students safe and allow NARUs to maintain their religious beliefs and traditions. Of most relevance to the instant appeal, the evidence is clear that enforcement of civil rights protections and oversight is a critically important tool for mitigating the harms encountered by these students.

One recent study concluded that "state laws permitting the denial of services to same-sex couples were associated with a 46% increase in the proportion of sexual minority adults experiencing mental distress."[40] Importantly, the authors state that one does *not* have to directly experience these laws or policies to be harmed by them;

---

[39] *See, e.g.,* Theresa Stueland Kay and Joshua Wolff, *LGBTQ Students in Non-affirming Religious Institutions*, *in* Affirming LGBTQ+ Students in Higher Education 71 (David P. Rivera et al. eds. 2022); Joshua R. Wolff et al., *Protecting Sexual and Gender Minorities in Academic Institutions with Disallowing Policies: Psychological, Ethical, and Accreditation Concerns*, 14 Training and Educ. In Prof'l Psych. 249 (2019).

[40] Julia Raifman et al., *Association of State Laws Permitting Denial of Services to Same-Sex Couples With Mental Distress in Sexual Minority Adults*, 75 JAMA Psychiatry 671, 672 (2018).

even the perception or anticipation of being discriminated against can be detrimental to mental health.[41]  This finding further illustrates how social safety is lacking in environments with formal policies that exclude LGBTQIA+ people.

Conversely, civil rights laws (and their enforcement) have been shown to reduce mental health symptoms and improve health outcomes for LGBTQIA+ people.[42]  This is one reason why medical, scientific, and other professional associations, such as the American Psychological Association and the American Medical Association, have vigorously advocated for expanded civil rights laws that protect LGBTQIA+ people.  In fact, recognizing the important role that civil rights protections play in safeguarding mental health, numerous APA divisions, along with other freestanding professional psychology groups, recently sent a letter to the U.S. Department of Education arguing that the government has a compelling public health and fiduciary responsibility to investigate allegations of harm to students at

---

[41] *Id.* at 675.

[42] *See, e.g.*, Mark L. Hatzenbuehler, et al., *State-Level Policies and Psychiatric Morbidity in Lesbian, Gay, and Bisexual Populations*, 99 Am. J. Pub. Health 2275 (2009).  *See also* Am. Psych. Ass'n., *Public Policies, Prejudice, and Sexual and Gender Minority Health* (2021), https://www.apaservices.org/advocacy/gender-minority-health.pdf ("discriminatory policies are associated with increased stress levels, resulting in harmful health outcomes," whereas "supportive policies . . . are associated with decreased stress levels, resulting in beneficial health outcomes").

any educational institution that receives taxpayer funding—regardless of whether or not a university is religiously affiliated.[43]

**\*\*\*\***

Amici have reviewed the Plaintiffs' complaint and can confirm that the concerns Plaintiffs raise about the detrimental effects of the religious exemption to Title IX of the Education Amendments of 1972 are consistent with the scientific literature. Amici urge the court to consider the unique vulnerabilities that LGBTQIA+ students face in the potentially hostile environment of a NARU. It is amici's opinion that by enforcing civil rights laws, the federal government can provide LGBTQIA+ students facing serious risk of harm with much-needed protection.

---

[43] *See* Am. Psych. Ass'n, Div. 44, Soc'y for the Psych. of Sexual Orientation and Gender Diversity, *Professional Psychology Groups urge the U.S. Department of Education to Protect LGBTQ+ Students at Religious Colleges and Universities* (2021), https://www.apadivisions.org/division-44/news-events/religious-university-lgbtq-discrimination.pdf.

## **CONCLUSION**

For the reasons set forth above, *amici* respectfully request that this Court reverse the decision below.

Respectfully submitted,

/s/ Michelle S. Kallen
Michelle S. Kallen
JENNER & BLOCK LLP
1099 New York Ave. NW
Washington, DC 20001
(202) 639-6000
mkallen@jenner.com

Jeremy M. Creelan*
Rémi J. D. Jaffré*
Owen W. Keiter*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
jcreelan@jenner.com
rjaffre@jenner.com
okeiter@jenner.com

*applications for admission pending

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)** | 23-35174

I am the attorney or self-represented party.

**This brief contains** | 4,934 | **words,** including | 0 | words

manually counted in any visual images, and excluding the items exempted by FRAP

32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

○ complies with the word limit of Cir. R. 32-1.

○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

● is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:

☐ it is a joint brief submitted by separately represented parties.
☐ a party or parties are filing a single brief in response to multiple briefs.
☐ a party or parties are filing a single brief in response to a longer joint brief.

○ complies with the length limit designated by court order dated [                ].

○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** | /s/ Michelle S. Kallen | **Date** | 8/28/23

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 8** | *Rev. 12/01/22*