# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**AMENDED** Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-35174

**Case Name** Elizabeth Hunter v. USEDU, et al.

Hearing Location (*city*) San Francisco

Your Name Gene C. Schaerr

List the sitting dates for the two sitting months you were asked to review:

July and August

Do you have an unresolvable conflict on any of the above dates? ◉ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have conferred with all counsel, and we collectively have unresolvable conflicts on the following days:
July 19 - I have a previously scheduled commitment
August 12-16 - Plaintiffs' counsel has a trial scheduled for this week
August 19-23 - multiple defense counsel have pre-existing vacation plans that week

All counsel can be available for oral argument in San Francisco July 8-12 and July 15-18.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Gene C. Schaerr    **Date** 03/12/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**    *New 12/01/2018*