UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIZABETH HUNTER; et al.,<br><br>        Plaintiffs - Appellants,<br><br>ANDREW HARTZLER; et al.,<br><br>        Appellants,<br><br> v.<br><br>U.S. DEPARTMENT OF EDUCATION and CATHERINE E. LHAMON, in her official capacity as Assistant Secretary for the Office of Civil Rights, U.S. Department of Education,<br><br>        Defendants - Appellees,<br><br>WESTERN BAPTIST COLLEGE, DBA Corban University; et al.,<br><br>        Intervenor-Defendants - Appellees. | No. 23-35174<br><br>D.C. No. 6:21-cv-00474-AA<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

The judgment of this Court, entered August 30, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT